**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MIKE SHAFER, on Behalf of Himself and All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>          v.<br><br>ACTIVE NETWORK LLC, GLOBAL PAYMENTS, INC., JEFF SLOAN, CAMERON BREADY, PAUL TODD, AND JOSH WHIPPLE,<br><br>                              Defendants. | No.: 1:23-cv-00577-LMM<br><br>**SUPPLEMENTAL DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF WILLIAM JEFFREY IGOE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, Jeremy A. Lieberman, hereby declare as follows:

1.     I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of William Jeffrey Igoe ("Igoe") and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Igoe's motion for appointment as Lead Plaintiff for the Class, and approval of Igoe's selection of Pomerantz as Lead Counsel and Evangelista Worley, LLC ("Evangelista Worley") as Liaison Counsel for the Class.

2.     The law firm seeking appointment as Lead Counsel in the above captioned action, Pomerantz LLP ("Pomerantz"), pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(3)(A)(i) and Local Rule

23.1(c)(4)(c), hereby certifies that it has issued or caused to be issued no more than one notice to putative class members relating to the above-captioned action in a widely circulated national business-oriented publication or wire service (*see* ECF No. 15-4, PSLRA Notice).

3.      Pomerantz has complied with the Local Rules of this Court and with applicable State Bar of Georgia ethical rules.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on April 11, 2023.

*/s/ Jeremy A. Lieberman*
Jeremy A. Lieberman

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing SUPPLEMENTAL DECLARATION OF JEREMY A. LIEBERMAN IN SUPPORT OF MOTION OF WILLIAM JEFFREY IGOE FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated:  April 11, 2023                                  By:    */s/ James M. Evangelista*
                                                               James M. Evangelista