# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
### ATLANTA DIVISION

|  |  |
|---|---|
| MIKE SHAFER, on Behalf of Himself and All Others Similarly Situated,<br><br>                    Plaintiff,<br><br>      v.<br><br>ACTIVE NETWORK LLC, GLOBAL PAYMENTS, INC., JEFF SLOAN, CAMERON BREADY, PAUL TODD, AND JOSH WHIPPLE,<br><br>                  Defendants. | No.: 1:23-cv-00577-LMM<br><br>**RESPONSE TO COURT ORDER (Dkt. No. 25)** |

On April 24, 2023, Lead Plaintiff Movants William Jeffrey Igboe, Mike Shafer, and David Keating (collectively, the "Proposed Co-Lead Plaintiffs") filed a Stipulation seeking appointment as Co-Lead Plaintiffs in the above-captioned action (the "Action") and approval of their selection of Pomerantz LLP ("Pomerantz") and Lowey Dannenberg, P.C. ("Lowey Dannenberg") as Co-Lead Counsel.  *See generally* Dkt. No. 24.

On April 25, 2023, the Court entered an Order expressing "concerns as to the requests for the appointment of counsel[,]" noting that the Proposed Co-Lead Plaintiffs "request that the court appoint entire law firms"—respectively, as Co-Lead Counsel and Liaison Counsel—"without any indication as to which lawyers from those firms are asking for the specific appointment" and directing the movants to provide "the names of the specific lawyers who are seeking appointment."  Dkt. No. 25 at 1.  The Court's Order further stated that "[t]he Court prefers to work with only one law firm and no more than 2 lawyers in the role of liaison counsel."  *Id.* at 1-2.  Per the Order, "[c]ounsel are to file supplements to their motions and stipulation within 10 days of the date of this order"—*i.e.*, by May 5, 2023—to correct these issues.  *Id.* at 2.

Proposed Co-Lead Plaintiffs hereby respectfully respond to the Court's Order.

1

**Proposed Co-Lead Counsel**

From Pomerantz, attorneys Jeremy A. Lieberman (Managing Partner), Jonathan D. Park (Of Counsel), and Lauren K. Molinaro (Associate) seek appointment as Co-Lead Counsel. The individual attorney resumes of Mr. Lieberman, Mr. Park, and Ms. Molinaro are submitted herewith. *See* Declaration of Jeremy A. Lieberman ("Lieberman Decl."), Exs. A-C.

From Lowey Dannenberg, attorneys Vincent Briganti (Chairman), Andrea Farah (Senior Associate), and Alesandra Greco (Associate) seek appointment as Co-Lead Counsel. The individual attorney resumes of Mr. Briganti, Ms. Farah, and Ms. Greco are submitted herewith. *See* Lieberman Decl., Exs. D-F.

**Proposed Liaison Counsel**

Proposed Co-Lead Plaintiffs respectfully request that James M. Evangelista of the law firm Evangelista Worley, LLC be appointed Liaison Counsel. The individual attorney resume of Mr. Evangelista is submitted herewith. *See* Lieberman Decl. Ex. G.

Dated: May 4, 2023

Respectfully submitted,

*/s/ James M. Evangelista*
**EVANGELISTA WORLEY, LLC**
James M. Evangelista

Ga. Bar No. 707807
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Telephone: (404) 205-8400
jim@ewlawllc.com

*Counsel for William Jeffrey Igoe and Proposed Liaison Counsel for the Class*

**POMERANTZ LLP**
Jeremy A. Lieberman
(admitted *pro hac vice*)
J. Alexander Hood II
(*pro hac vice* application forthcoming)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
ahood@pomlaw.com

*Counsel for William Jeffrey Igoe and Proposed Co-Lead Counsel for the Class*

**LOWEY DANNENBERG, P.C.**
Vincent Briganti
vbirganti@lowey.com
(admitted *pro hac vice*)
Andrea Farah
afarah@lowey.com
(admitted *pro hac vice*)
Alesandra Greco
agreco@lowey.com
(admitted *pro hac vice*)
44 South Broadway, Suite 1100
White Plains, New York 10601

3

Telephone: 914/997-0500

*Counsel for Mike Shafer and David Keating and Proposed Co-Lead Counsel for the Class*

4

## CERTIFICATE OF COMPLIANCE

I hereby certify that this document was prepared in compliance with Northern District of Georgia Local Rule 5.1C using Times New Roman 14-point font.


Dated: May 4, 2023                                    */s/ James M. Evangelista*
                                                     James M. Evangelista
                                                     Ga. Bar No. 707807

5

## CERTIFICATE OF SERVICE

I hereby certify that on this date the foregoing RESPONSE TO COURT ORDER (Dkt. No. 25) was electronically filed with the Clerk using the CM/ECF system, which will send a notice of electronic filing to all registered users of the CM/ECF system.

Dated:  May 4, 2023                    By:   */s/ James M. Evangelista*
                                            James M. Evangelista