**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MIKE SHAFER, on Behalf of Himself and All Others Similarly Situated,<br><br>       Plaintiff,<br><br>  v.<br><br>ACTIVE NETWORK LLC, GLOBAL PAYMENTS, INC., JEFF SLOAN, CAMERON BREADY, PAUL TODD, AND JOSH WHIPPLE,<br><br>       Defendants. | No.: 1:23-cv-00577-LMM<br><br>**DECLARATION OF JEREMY A. LIEBERMAN** |

I, Jeremy A. Lieberman, hereby declare as follows:

1. I am an attorney with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of William Jeffrey Igoe ("Igoe") and proposed Co-Lead Counsel for the Class in the above-captioned action. I have personal knowledge of the facts set forth herein. I make this Declaration in response to the Court's Order dated April 25, 2023 (Dkt. No. 25).

2. Attached hereto as the exhibits indicated are copies of the following:

  Exhibit A: Individual resume of Pomerantz attorney Jeremy A. Lieberman;

  Exhibit B: Individual resume of Pomerantz attorney Jonathan D. Park;

  Exhibit C: Individual resume of Pomerantz attorney Lauren K. Molinaro;

Exhibit D:   Individual resume of Lowey Dannenberg, P.C. ("Lowey Dannenberg") attorney Vincent Briganti;

Exhibit E:   Individual resume of Lowey Dannenberg attorney Andrea Farah;

Exhibit F:   Individual resume of Lowey Dannenberg attorney Alesandra Greco; and

Exhibit G:   Individual resume of Evangelista Worley, LLC attorney James M. Evangelista.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on May 4, 2023.

/s/ *Jeremy A. Lieberman*
Jeremy A. Lieberman

2