# Exhibit D



### *Vincent Briganti – Chairman*

Mr. Briganti is Chairman of Lowey Dannenberg, P.C. and leads Lowey's Antitrust, Commodities and Derivatives Practice groups. Mr. Briganti currently serves as court-appointed lead counsel in numerous class actions against some of the world's largest corporations involving antitrust, commodities manipulation, and RICO claims.

Mr. Briganti's work as lead or co-lead counsel in high-stakes class actions has been recognized by both the federal judiciary and the antitrust bar. In granting final approval of a recent settlement agreement, Judge Keven P. Castel remarked that "with regard to the quality of representation, it has been excellent." Mr. Briganti currently serves as sole court-appointed lead counsel in *In re Mexican Government Bonds Antitrust Litigation*, 412 F. Supp. 3d 380 (S.D.N.Y. Sept, 30, 2019), *appeal* docketed, No. 22-2039 (2d Cir. Sept. 15, 2022) which alleges a conspiracy by prominent financial institutions, including Citigroup, Deutsche Bank, JPMorgan, HSBC, and Barclays, among others, to manipulation auctions, allocate customers, and rig bids and offers in the trillion-dollar market for bones issued by the Mexican federal government. Mr. Briganti also serves as court-appointed co-lead counsel in *In re European Government Bonds Antitrust Litigation*, No. 1:19-cv-02601(VM)(SN) (S.D.N.Y.) (Marrero, J.). The case is currently pending before Judge Victor Marrero in the Southern District of New York and involves alleged price-fixing by dealers responsible for bringing bonds issues by Eurozone member countries to the second market. Mr. Briganti also represented the Treasurer of the Commonwealth of Pennsylvania and served as court appointed co-lead counsel in *In re GSE Bonds Antitrust Litigation* before Judge Rakoff in the Southern District of New York. The putative class consisted of investors in bonds issued by government sponsored enterprises ("GSE Bonds") and alleged that the sixteen largest GSE Bond dealers conspired to inflate the prices at which newly issued GSE Bonds were sold to investors in the secondary market. Judge Rakoff granted final approval of settlement agreements totaling $386.5 million along with commitments by defendants to implement significant remedial measures intended to detect and prevent future anticompetitive conduct in the GSE Bonds market.

Mr. Briganti is currently prosecuting as lead counsel cases involving the alleged manipulation of The London Interbank Offered Rate ("LIBOR") for the Japanese Yen, Swiss Franc and Pound Sterling, the Euroyen Tokyo Interbank Offered Rate ("TIBOR"), the Euro Interbank Offered Rate ("Euribor"), the Singapore Interbank Offered Rate ("SIBOR") and the Singapore Swap Offer Rate ("SOR"), and the Australian Bank Bill Reference Rate ("BBSW"). Recoveries secured in LIBOR Manipulation cases in the past five years have already exceeded $1.3 billion.

Mr. Briganti's unique expertise in complex antitrust litigation was recognized when he was appointed as allocation counsel for the over-the-counter investor class in the multi-billion dollar case *In re Foreign Exchange Benchmark Rates Antitrust Litigation* before Judge Schofield in the Southern District of New York.

Over the course of his career, Mr. Briganti has litigated the most important and complex commodity manipulation actions since the enactment of the Commodity Exchange Act ("CEA"), including *In re Sumitomo Copper Litigation*, 104 F. Supp. 2d 314 (S.D.N.Y., Jul. 12, 2000), *In re Natural Gas Commodity Litigation*, No. 03-cv-6186 (VM)(AJP), 2005 WL 1457666 (S.D.N.Y., Jun. 21, 2005), *Hershey v. Pacific Inv. Management Co. LLC*, 697 F. Supp. 2d 945 (N.D. Ill., Mar. 10, 2010) (Guzman, J.), *In re Amaranth Natural Gas Commodity Litigation*, 587 F. Supp. 2d 513 (S.D.N.Y., Oct. 6, 2008), *In re Optiver Commodities Litigation*, No. 08-cv-6842 (S.D.N.Y.) (Preska, J.).

Mr. Briganti also serves as court appointed lead counsel in several cases arising from the novel area of enforcement against the practice of spoofing or submitting orders to buy or sell a financial asset with the intent to cancel the bid or offer before execution. *See, e.g.*, *In re JPMorgan Precious Metals Spoofing Litig.*, No. 18-cv-10356 (GHW) (S.D.N.Y.) ($60 million settlement related to spoofing in the market for precious metals futures and options); *In re JPMorgan Treasuries Spoofing Litig.*, No. 20-cv-3515 (PAE) (S.D.N.Y.) ($15.7 million settlement related to manipulation in the market for U.S. Treasuries futures and options); *Boutchard, et al. v. Gandhi, et al.*, No. 18-cv-7041 (JJT) (N.D. Ill.) ($15 million settlement concerning spoofing of E-mini index futures and options).

Additionally, Mr. Briganti has decades of experience litigating cases involving alleged price manipulation in agricultural markets. He serves as lead counsel in three separate cases alleging unlawful manipulation of wheat futures and options prices. *See*, *e.g.*, *Dennis v. The Andersons Inc.,* No. 20-cv-04090 (N.D. Ill.) (alleging manipulation of the wheat futures and options market in November and December 2017); *Ploss v. Kraft Foods Grp.*, No. 15-cv-2937 (N.D. Ill.) (co-lead class counsel in certified class action against Kraft Foods alleging manipulation of wheat futures and options at the end of 2011); *Budicak v. Lansing Trade Grp.*, No. 19-cv-2499 (D. Kan.) ($18 million settlement on behalf of wheat futures and options traders). Mr. Briganti also led the Lowey team that partnered with Korein Tillery to investigate and draft the first-filed complaint in *In re Crop Inputs Antitrust Litigation*, 543 F. Supp. 3d 1381 (U.S. J.P.M.L. 2021), a multidistrict litigation against the major suppliers of crop inputs including Syngenta Crop Protection, Corteva, BASF, and Bayer CropScience.

These recent experiences build on decades of work litigating complex cases alleging price manipulation in U.S. agricultural markets. *See In re Rough Rice Commodity Litig.*, No. 11-cv-618, 2012 WL 473091 (N.D. Ill., Feb. 9, 2012) (Lefkow. J.). Mr. Briganti's experience also includes litigating against Syngenta for violating the antitrust laws through restrictions on sales of genetically modified seeds. *See McIntosh v. Monsanto Co.*, 462 F. Supp. 1025 (E.D. Mo., Nov. 20, 2006).

Other notable achievements of Mr. Briganti include obtaining, on behalf of Federated Investors, emergency injunctive relief to prevent the Government of Argentina from canceling outstanding bonds with a face value of more than $500 million, which had been erroneously tendered by holders of those bonds. *Federated Investment Management Company, et al., v. Republic of Argentina, et al.*, 10-cv-4324 (S.D.N.Y. 2010) (Griesa, J.).

Mr. Briganti is admitted to both the New York and Connecticut State bars, and is a member of the bars of the U.S. Court of Appeals for the 2nd and 8th Circuits, and U.S. District Courts for the Southern and Eastern Districts of New York. Mr. Briganti received his J.D. from New York Law School in 1996, where he graduated with honors and served as a senior editor of the New York Law School Journal of International and Comparative Law. He received a B.A. in Political Science from Iona College, with honors, in 1993.