# Exhibit E



### *Andrea Farah – Senior Associate*

Ms. Farah focuses her practice on securities fraud, commodities manipulation, and antitrust litigation. Her most recent achievements include work on *In re GSE Bonds Antitrust Litigation,* No. 19-cv-1704 (S.D.N.Y.) (Rakoff, J.) (a case alleging conspiracy to fix the prices of certain debt securities, case that settled for $386.5 million). Ms. Farah currently prosecutes a number of securities fraud cases, including *Kirkland Lake Gold Ltd. Securities Litigation*, No. 20-cv-04953 (S.D.N.Y.) (Oetken, J.) and *Said-Ibrahim et al. v. FuboTV Inc. et al.*, No. 21-cv-01412 (S.D.N.Y.) (Carter, Jr., J.), each alleging that corporate executives mislead the market about the companies' prospects, operations, and financial health. Additionally, Ms. Farah prosecutes shareholder derivative cases on behalf of individual investors, including *Conforti v. Owen et al.,* No. 23-cv-00059 (M.D. Tenn) (Trauger, J.), alleging that the board of directors of Dollar General allowed the company to engage in widespread and pervasive violations of the Occupational Safety and Health Administration's regulations, causing repeated and long-lasting harm to its workers and historical penalties harming the company's financial and reputational well-being. Aside from being an experienced litigator, Ms. Farah is one of Lowey's attorneys who leads the securities monitoring team responsible for identifying securities litigation opportunities for the firms' institutional clients and individual investors.

She currently prosecutes cases on behalf of consumers, alleging that Apple and Google, respectively, engaged in a widespread practice of intercepting private conversations of consumers without their authorization and knowledge. *See, e.g., Lopez v. Apple, Inc.*, No. 4:19-cv-4577 (N.D. Cal.) (White, J.); *In re Google Assistant Privacy Litig.*, No. 19-cv-04286 (N.D. Cal.) (Freeman, J.). Additionally, Ms. Farah prosecutes a case against ZoomInfo, alleging surreptitious interception of individuals' email communications absent their consent, in violation of their state and federal privacy rights. *See Wysocki et al. v. ZoomInfo,* No. 22-cv-05453 (W.D. Wa.) (Estudillo, J.). In the past, Ms. Farah has litigated several consumer cases involving financial products, which achieved large recoveries for consumers, including among others *Murr v. Capital One Bank (USA), N.A.*, 28 F. Supp. 3d 575 (E.D. Va., Jun. 27, 2014) ($75 million settlement, alleging consumer fraud in connection with the company's offer of zero percent APR).

Prior to joining Lowey, Ms. Farah worked as a litigation associate at an international class action law firm headquartered in Manhattan focused on securities and antitrust class action litigation. Ms. Farah has represented institutional and individual clients in federal and state courts throughout the United States and before the Financial Regulatory Authority. Ms. Farah's experience includes a variety of complex civil matters, including federal securities and antitrust class actions, shareholder derivative suits, investor disputes, and other complex class action litigation. In the past, Ms. Farah has litigated prominent securities cases with novel and complex claims relating to a variety of financial instruments, including *In re FireEye, Inc. Sec. Litig.*, No. 14-cv-266866, 2015 WL 13546104 (Cal. Super. Ct., Aug. 11, 2015) ($10.25 million settlement, involving alleged securities fraud in connection with FireEye's public offering of securities); *Birmingham Ret. and Relief Sys. v. S.A.C. Capital Advisors, L.P.,* 40 F. Supp. 3d 332 (S.D.N.Y., Aug. 13, 2014) ($10 million settlement in a case against Steven Cohen's hedge fund, arising from one of the biggest insider trading scandals in history).

Ms. Farah is a graduate of the Quinnipiac University School of Law (J.D., *cum laude*, 2013) and the School of Business (M.B.A, 2013). She graduated *summa cum laude* from the University of North Florida with a Bachelor of Arts in Psychology in 2009. Ms. Farah is licensed to practice in the States

of New York and Connecticut and is admitted to practice in the United States District Courts for the Districts of Southern New York and Eastern Wisconsin.

Ms. Farah is bilingual and maintains a personal pro bono practice in the area of immigration law.  Ms. Farah was named a Rising Star in the securities practice area for the consecutive years, 2019-2023.