# Exhibit F



*Alesandra Greco – Associate*

Ms. Greco is an associate in Lowey's New York office and focuses her practice on securities fraud, consumer protection and antitrust litigation.

Ms. Greco is member of Lowey's securities litigation team and is part of both the case origination team and the securities portfolio monitoring team. Ms. Greco is one of Lowey's lead attorneys who identifies securities litigation opportunities for the firm's institutional clients and individual investors. Ms. Greco is also a member of Lowey's corporate governance team where she actively litigates number of shareholder derivative actions, seeking to vindicate corporate wrongdoing pertaining to environmental pollution and other important social issues. Currently, Ms. Greco is prosecuting *Conforti v. Owen et al.*, No. 23-cv-00059 (M.D. Tenn.) (Trauger, J.), a shareholder derivative action alleging that the board of directors of Dollar General allowed the company to engage in a systemic and ongoing pattern and practice of violating the Occupational Safety and Health Administration's regulations, which has substantially harmed the company's financial and reputational well-being.

Additionally, Ms. Greco is currently litigating several large-scale consumer class action lawsuits, including *In re Google Assistant Privacy Litig.*, No. 19-cv-04286 (N.D. Cal.) (Freeman, J.) and *Lopez v. Apple, Inc.*, No. 4:19-cv-4577 (N.D. Cal.) (White, J.), two highly complex civil class actions alleging that Apple and Google, respectively, engaged in unauthorized recordings of conversations of class members by voice assistants without their consent. Ms. Greco is also involved in *Greg Walker et al. v. Central Hudson Gas & Electric Corp.*, Index No. 2023-50074 (N.Y. Sup. Ct.), a consumer class action lawsuit seeking to redress the deceptive business acts and practices of Central Hudson that have caused New York consumers to pay considerably more for their electricity and gas than they should otherwise have paid absent Central Hudson's misconduct. Ms. Greco actively litigates *Rochester et al. v. U.S. Bank, N.A. et al*, Index No. 616221/2021 (Sup. Ct. Nassau Co.), a complex New York common law property class action that seeks to redress the systematic failure by U.S. Bank and its loan servicing agents and representatives to timely present proof that mortgage and other home loans have been satisfied within the time demanded by New York Real Property Law statutes.

Alesandra also works in Lowey's antitrust and healthcare practice group, where she currently assists in: *In re Xyrem (Sodium Oxybate) Antitrust Litigation*, No. 5:20-md-02988-LHK (N.D. Cal.), a civil antitrust action that seeks treble damages and injunctive relief to address Defendants Jazz Pharmaceuticals, Inc.'s, Lupin Pharmaceuticals, Inc.'s, Par Pharmaceuticals, Inc.'s, and Hikma Pharmaceuticals USA Inc.'s anticompetitive scheme to delay generic competition for Xyrem, a prescription sodium oxybate drug product sold by Jazz Pharmaceuticals for the treatment of cataplexy and daytime sleepiness in patients with narcolepsy.

Ms. Greco is a graduate of Villanova Law School, where she participated on the Moot Court Board and was a finalist at the 2019 NYU Immigration Law competition. Ms. Greco has a focus in litigation, intellectual property, and artificial intelligence. She studied under Brett Frischmann, a pioneering scholar in internet law and artificial intelligence. Ms. Greco is licensed to practice in the State of New York and is admitted to practice in the United States District Court for Southern District of New York.

As a part of her undergraduate studies, Ms. Greco graduated from Boston College with a Bachelor of Arts in Philosophy in 2017 and triple minored in Theology, Italian and Medical Humanities. Ms. Greco's honors philosophy thesis focused on contextualizing seriously ill newborns within the current healthcare climate. Ms. Greco is fluent in Italian.