# Exhibit G

**James M. Evangelista, Esq.**

Representing individuals, corporations, bankruptcy trustees and county governments as plaintiffs and public companies as defendants, Jim Evangelista has over thirty-two years of diverse, hands-on, complex financial fraud, commercial and class action litigation experience in federal and state courts around the United States. Prior to focusing his practice on plaintiffs' causes, Jim represented corporate clients as defendants for over 12 years in high-profile class action litigation, commercial litigation and internal investigation matters at Skadden Arps Slate Meagher & Flom LLP and Leboeuf Lamb Green & MacRae LLP. As a plaintiff's class action attorney, Jim has been appointed to numerous leadership positions in a wide variety of complex consumer class actions, securities fraud litigation and shareholder derivative matters including, for example:

- Co-lead counsel to investor class alleging securities fraud in *June E. Adams Irrevocable Trust v. International Business Machines Corporation, et al*, No. 23-cv-00332 (S.D.N.Y.);

- Co-lead counsel to class of consumers against large mattress retailer in *Dennis et al v. Good Deal Charlies, Inc.*, No. 20-cv-295 (N.D. Ok.);

- Co-lead counsel to class of consumers against large community banking system in *Glass v. Delta Community Credit Union*, No. 2019CV317322 (Fulton Sup. Ct, Ga.);

- Co-lead counsel to class of consumers for data breach in *Orr v. Intercontinental Hotel Group*, No. 1:17-cv-1622 (N.D. Ga.);

- Co-lead counsel to consumer data breach class in In Re: *The Home Depot, Inc., Customer Data Security Breach Litigation*, No. 1:14-md-02583 (Aug. 23, 2016, N.D. Ga) ("The Court . . . finds that Lead Counsel have prosecuted the case vigorously and in the best interests of the Settlement Class.... This Settlement reflects an outstanding result for the Class in a case with a high level of risk…");

- Co-lead counsel to consumer class alleging defective roofing products in *Buske et al v. Owens Corning Corp.*, No. 16-cv-00709 (N.D. Ga.);

- Co-lead counsel to investor class alleging securities fraud in In Re: Evergreen Ultra Short Opportunities Fund Securities Litigation, No. 1:08-cv-11064-NMG (Dec. 12, 2012, D. Mass) ("[The recovery was] the product of considerable time and labor expended by Lead Counsel who faced novel and difficult legal obstacles … [and was] due, at least in part, to the quality of the representation provided by Lead Counsel.");

- Liaison class counsel to shareholder derivative class alleging breaches of fiduciary duties, abuse of control, and gross mismanagement of public company in *In Re: Ebix. Inc. Shareholder Derivative Action*, No. 2011CV205276 (Fulton Sup. Ct, Ga.);

- Co-lead counsel to investor class alleging securities fraud in *In Re: Bank of America Corp Stockholder Derivative Litigation*, C. A. No. 4307-VCS (Del. Ch.), and intervention action in *In Re: Bank of America Corp. Securities, Derivative, and Employee Retirement Income Security Act (ERISA) Litigation*, Master File No. 09-cv-00808 (S.D.N.Y.);

- Liaison class counsel to shareholder derivative class alleging breaches of fiduciary duty *in In Re: EasyLink Services International Corp.*, Superior Court of Gwinnett County, GA, Civil Action No. 12A-04020-3;

- Liaison class counsel to investor class alleging securities fraud in Plymouth County Retirement Systems v. Carter's, Inc. et al., 1:08-CV-2940-AT (N.D. Ga.); and

- Liaison class counsel to investor class alleging securities fraud in *In Re: Internap Network Services Corp. Securities Litig.*, No. 1:08-cv- 03462-JOF.