**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MIKE SHAFER, on Behalf of Himself and All Others Similarly Situated,<br><br>                       Plaintiff,<br>    v.<br><br>ACTIVE NETWORK LLC, GLOBAL PAYMENTS, INC., JEFF SLOAN, CAMERON BREADY, PAUL TODD, AND JOSH WHIPPLE,<br><br>Defendants. | No. 1:23-cv-00577-LMM |

**MOTION TO STRIKE ERRONEOUS NOTICE OF APPEARANCE**

On May 17, 2023, the Court issued an oral order granting *pro hac vice* admission to the undersigned to represent Co-Lead Plaintiff William Jeffrey Igoe ("Igoe") in this action. On May 18, 2023, I filed a notice of appearance; however, the document mistakenly submitted for that notice of appearance concerned another attorney at my firm. ECF No. 34. That same day, I filed a correct notice of appearance on behalf of Igoe. ECF No. 36. With apologies for any confusion caused by the erroneous document, and following communications with the Clerk's office, the undersigned respectfully moves the Court to strike my first notice of appearance (ECF No. 34) from the docket, or otherwise take action to prevent further confusion to any party. A proposed order is submitted herewith.

Respectfully submitted this 24th day of May, 2023.

*/s/ Jonathan D. Park*
**POMERANTZ LLP**
Jeremy A. Lieberman
(admitted *pro hac vice*)
Jonathan D. Park
(admitted *pro hac vice*)
Lauren Molinaro
(admitted *pro hac vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jpark@pomlaw.com
lmolinaro@pomlaw.com

*Counsel for Co-Lead Plaintiffs*

James M. Evangelista
Ga. Bar No. 707807
**EVANGELISTA WORLEY, LLC**
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Telephone: (404) 205-8400
jim@ewlawllc.com

*Liaison Counsel for Co-Lead Plaintiffs*

2

# <u>RULE 7.1(D) CERTIFICATION</u>

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

<u>*/s/ Jonathan D. Park*</u>
Jonathan D. Park

*Counsel for Co-Lead Plaintiffs*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 24th day of May, 2023.

*/s/ Jonathan D. Park*
Jonathan D. Park

*Counsel for Co-Lead Plaintiffs*