**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MIKE SHAFER, on Behalf of Himself and All Others Similarly Situated,<br><br>                   Plaintiff,<br><br>    v.<br><br>ACTIVE NETWORK LLC, GLOBAL PAYMENTS, INC., JEFF SLOAN, CAMERON BREADY, PAUL TODD, AND JOSH WHIPPLE,<br><br>    Defendants. | No. 1:23-cv-00577-LMM |

**[PROPOSED] SCHEDULING ORDER**

Having considered the Motion to Strike Erroneous Notice of Appearance (the "Motion"):

**IT IS HEREBY ORDERED THAT:**

I.     The Motion is granted;

II.    The erroneous notice of appearance [ECF No. 34] filed by Jonathan D. Park on behalf of Co-Lead Plaintiff William Jeffrey Igoe is stricken;

III.   This does not affect the correct notice of appearance [ECF No. 36] filed by Jonathan D. Park on behalf of Co-Lead Plaintiff William Jeffrey Igoe.

2

DATED:_____                    _____
                                        HON. LEIGH MARTIN MAY
                                        UNITED STATES DISTRICT JUDGE