IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

MIKE SHAFER, *on Behalf of*      :
*Himself and All Others Similarly*      :
*Situated*, et al.,      :
     :
     Plaintiffs,      :
     :
v.      :      CIVIL ACTION NO.
     :      1:23-cv-00577-LMM
     :
GLOBAL PAYMENTS, INC., et al.,      :
     :
     Defendants.      :

## **ORDER**

This case comes before the Court on Plaintiff William Jeffrey Igoe's motion to strike an erroneous notice of appearance. Dkt. No. [37]. Although the notice of appearance was filed in error, it does not appear that striking it will have any effect on Plaintiff's representation. The Court also notes that no opposition has been filed.

Therefore, after due consideration, the motion is **GRANTED**. The Clerk is **DIRECTED** to **STRIKE** the notice of appearance filed at docket entry [34].

**IT IS SO ORDERED** this 12th day of June, 2023.

_____
**Leigh Martin May**
**United States District Judge**