**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| |
|---|
| MIKE SHAFER, DAVID KEATING, and WILLIAM JEFFREY IGOE, on Behalf of Themselves and All Others Similarly Situated,<br><br>                          Plaintiffs,<br><br>          v.<br><br>GLOBAL PAYMENTS INC., ACTIVE NETWORK LLC, JEFF SLOAN, CAMERON BREADY, PAUL TODD, JOSH WHIPPLE, and ANDREA FACINI,<br><br>Defendants. |

Case No. 1:23-cv-00577-LMM

**DECLARATION OF PETER STARR IN SUPPORT**
**OF REPLY BRIEF IN SUPPORT OF DEFENDANTS'**
**MOTION TO DISMISS THE AMENDED CLASS ACTION COMPLAINT**

I, Peter Starr, hereby declare:

1.    I am an attorney licensed to practice law in the State of Georgia with the law firm of King & Spalding LLP, counsel for Defendants in the above-captioned action.

2.    I make this Declaration to provide the Court with a true and correct copy of the following document cited in Defendants' Reply Brief In Support of Defendants' Motion to Dismiss the Amended Class Action Complaint:

Exhibit 14    A chart prepared at my direction showing intraday prices for (i) the common stock of Global Payments Inc. and (ii) the S&P 500 index on October 18, 2022 and October 19, 2022.[1]

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of November 2023.

/s/ Peter Starr
Peter Starr
Georgia Bar No. 648453
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100
pstarr@kslaw.com

*Counsel for Defendants*

---

[1] The numbering of this Exhibit 14 continues from the numbering of Exhibits submitted with Defendants' Motion to Dismiss the Amended Class Action Complaint (*see* Doc. 49-3 through Doc. 49-15).

2

# <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 15th day of November 2023, I caused the foregoing document to be electronically filed with the Clerk using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record.

*/s/ Peter Starr*

Peter Starr
Georgia Bar No. 648453

*Counsel for Defendants*
