# Exhibit 14

# Global Payments Inc.
# Intraday Prices Relative to the S&P 500
## 10/18/22 – 10/19/22



Source: *Tick Data*