**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| MIKE SHAFER, DAVID KEATING, and WILLIAM JEFFREY IGOE, on Behalf of Themselves and All Others Similarly Situated,<br><br>      Plaintiffs,<br><br>  v.<br><br>GLOBAL PAYMENTS INC., ACTIVE NETWORK LLC, JEFF SLOAN, CAMERON BREADY, PAUL TODD, JOSH WHIPPLE, and ANDREA FACINI,<br><br>  Defendants. | Case No. 1:23-cv-00577-LMM |

**DEFENDANTS' MOTION TO CERTIFY QUESTION
PRESENTED BY THE COURT'S MARCH 29, 2024 ORDER
FOR INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(b)**

Defendants Global Payments Inc. ("Global Payments" or the "Company"), Active Network LLC, Jeff Sloan, Cameron Bready, Paul Todd, Josh Whipple, and Andrea Facini respectfully move this Court, pursuant to 28 U.S.C. § 1292(b), to certify an important and controlling question of law presented by the Court's March 29, 2024 Order (Dkt. 55) granting in part and denying in part Defendants' Motion to Dismiss the Amended Class Action Complaint for interlocutory appeal to the Eleventh Circuit Court of Appeals. The proposed question presented and the grounds for the motion are set forth in the supporting memorandum of law filed concurrently herewith.

Respectfully submitted this 18th day of April 2024.

/s/ Michael R. Smith
Michael R. Smith
Georgia Bar No. 661689
Benjamin Lee
Georgia Bar No. 443082
Peter Starr
Georgia Bar No. 648453
Matthew Rosenthal
Georgia Bar No. 871852
**KING & SPALDING LLP**
1180 Peachtree Street, NE, Suite 1600
Atlanta, Georgia 30309
Tel:  (404) 572-4600
Fax:  (404) 572-5100
mrsmith@kslaw.com
blee@kslaw.com
pstarr@kslaw.com
mrosenthal@kslaw.com

*Attorneys for Defendants Global Payments Inc., Active Network LLC, Jeff Sloan, Cameron Bready, Paul Todd, Josh Whipple, and Andrea Facini*

2

## RULE 7.1(D) CERTIFICATION

The undersigned counsel certifies that this document has been prepared with one of the font and point selections approved by the Court in Local Rule 5.1(C).

/s/ Michael R. Smith
Michael R. Smith
Georgia Bar No. 661689

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this day a copy of the foregoing was filed and served using the Court's CM/ECF system which will send notification of such filing to ECF registered participants.

DATED this 18th day of April 2024.

/s/ Michael R. Smith
Michael R. Smith
Georgia Bar No. 661689

*Counsel for Defendants*