**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MIKE SHAFER, DAVID KEATING, and WILLIAM JEFFREY IGOE, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL PAYMENTS INC., ACTIVE NETWORK LLC, JEFF SLOAN, CAMERON BREADY, PAUL TODD, JOSH WHIPPLE, and ANDREA FACINI, <br><br> Defendants. | Case No. 1:23-cv-00577-LMM |

**DECLARATION OF JONATHAN D. PARK IN OPPOSITION TO**
**DEFENDANTS' MOTION TO CERTIFY QUESTION**
**PRESENTED BY THE COURT'S MARCH 29, 2024 ORDER**
**FOR INTERLOCUTORY REVIEW PURSUANT TO 28 U.S.C. § 1292(b)**

I, Jonathan D. Park, hereby declare:

1.      I am a member of the Bar of the State of New York. I am Of Counsel with the law firm of Pomerantz LLP, counsel to Co-Lead Plaintiff William Jeffrey Igoe, and one of the attorneys this Court appointed as Lead Counsel.

2.      I make this Declaration to provide the Court with true and correct copies of the following four documents cited in Plaintiffs' Memorandum of Law in

1

Opposition to Defendants' Motion to Certify Question Presented by the Court's

March 29, 2024 Order for Interlocutory Review Pursuant to 28 U.S.C. § 1292(b):

Exhibit 1:   UBS Securities LLC report dated October 20, 2022 and titled "Global Payments and FinTech Factors: V, MA, FISV, GPN, NU, NVEI, Revolut"

Exhibit 2:   William Blair & Company, L.L.C. report dated October 31, 2022 and titled "Global Payments, Inc. Currency, Spin-off, and Acquisition Add Noise, but Fundamentals Are Sound and Valuation Attractive"

Exhibit 3:   Wolfe Research, LLC report dated October 31, 2022 and titled "GPN - Results Not a Treat, but No Tricks Either - Core Trends Sound"

Exhibit 4:   Stephens Inc. reported dated November 1, 2022 and titled "GPN 3Q Follow-Up; Noisy, Mixed Qtr but CycleGuide Still Intact"

I declare under penalty of perjury that the foregoing is true and correct.

 Executed this 2nd day of May, 2024.

_s/ Jonathan D. Park_

**POMERANTZ LLP**
Jonathan D. Park
(Admitted _Pro Hac Vice_)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jpark@pomlaw.com

_Counsel to Co-Lead Plaintiff William Jeffrey Igoe and Co-Lead Counsel for the Class_

2

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on May 2, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

*/s/ Jonathan D. Park*

JONATHAN D. PARK