# Exhibit 2

Equity Research
**Financial Services and Technology | Financial Technology**

William Blair

October 31, 2022

# Global Payments, Inc.

## Currency, Spin-off, and Acquisition Add Noise, but Fundamentals Are Sound and Valuation Attractive

The pending sale of the consumer business, the acquisition of EVO Payments (EVOP $33.67; Market Perform), the discontinuation of its Russia business, and FX complicate results and comparisons, but we believe fundamental performance remains largely in line with expectations. Management indicated trends in October were consistent with the September quarter, and it affirmed 2022 constant-currency revenue guidance of 10%-11% and adjusted EPS guidance of 17%-20% growth. Following the pending deals, about 75% of revenue will be driven by its Merchant Solutions business and 25% from the Issuer Solutions segment, which included B2B payments. In addition to strong secular tailwinds, we believe Global Payments' focus on software-driven payments, omnichannel, its global focus, and M&A helps differentiate it from the competition and should help sustain growth in coming years. While fundamentals appear stable, we are reducing our estimates largely due to FX, and view recent share weakness as a buying opportunity.

September-quarter results were fundamentally above our estimates, as revenues exceeded our estimate by 2.4%, adjusted operating margins were 40 basis points above our estimate, while adjusted EPS rose 14% to $2.48 (versus our estimate of $2.51), with downside primarily driven by below-the-line-items. Free cash flow totaled $640 million in the September quarter and totaled $1.55 billion year-to-date, while share repurchases totaled $2.1 billion year-to-date.

Notably, Global Payments received HSR regulatory clearance for its previously announced $4 billion acquisition of EVO Payments along with the $1 billion divestiture of the Netspend consumer business. Both of these transactions are still expected to close by the end of the March quarter of 2023 and are expected to be neutral to EPS in 2023 and include synergies of about $125 million, which is almost all expense driven. Global Payments exited the September quarter with net leverage of 3.1 times EBITDA, and is expected to be 3.9 times following the close of these transactions, but be back at 3.1 times by the end of 2023.

Our adjusted EPS estimates go to $9.22 in 2022 (from $9.45) and $10.48 in 2023 (from $11.18). We are also introducing a 2024 EPS estimate of $12.22 (17% growth). The decreases are primarily due to incorporating incremental FX headwinds and timing of the EVO acquisition and sale of Netspend.

Global Payments' shares are down -7.4% (versus the S&P 500 down -18%) and trade at 12 times 2023 adjusted EPS (versus the long-term average of 19 times) or 10 times 2023 EBITDA (versus the long-term average of about 13 times); we reiterate our Outperform rating.

Global Payments is a top 10 global merchant acquirer with significant operations in the United States, Canada, the United Kingdom, Spain, and the Asia-Pacific region. The company offers merchant, card-issuer, and ATM processing services internationally while targeting midsize merchants by leveraging independent sales organizations in the United States.

**Robert Napoli**  +1 312 364 8496
bnapoli@williamblair.com

**Cristopher Kennedy, CFA**  +1 312 364 8596
ckennedy@williamblair.com

**Adib Choudhury**  +1 212 237 2758
achoudhury@williamblair.com

**Noah Katz**  +1 212 245 6526
nkatz@williamblair.com

**Spencer James**  +1 312 364 8916
sjames@williamblair.com

**Marc Feldman, CPA**  +1 312 364 8397
mfeldman@williamblair.com

Stock Rating: **Outperform**

| | |
|---|---|
| Symbol: | GPN (NYSE) |
| Price: | $115.89 (52-Wk.: $104-$154) |
| Market Value (M): | $34,731 |
| Dividend/Yield: | $1.00/0.80% |
| Fiscal Year End: | December |

| | | **2022E** | **2023E** | **2024E** |
|---|---|---|---|---|
| **Estimates** | | | | |
| EPS | Q1 | $2.07 | $2.36 | $2.81 |
| | Q2 | $2.36 | $2.73 | $3.15 |
| | Q3 | $2.48 | $2.76 | $3.21 |
| | Q4 | $2.31 | $2.63 | $3.06 |
| | FY | $9.22 | $10.48 | $12.22 |
| Sales (M) | Q1 | $1,952.7 | $1,896.5 | $2,145.4 |
| | Q2 | $2,058.4 | $2,162.6 | $2,383.3 |
| | Q3 | $2,058.2 | $2,184.8 | $2,406.8 |
| | Q4 | $1,836.5 | $2,088.8 | $2,300.2 |
| | FY | $7,905.8 | $8,332.8 | $9,235.5 |
| **Valuation** | | | | |
| FY P/E | | 12.6x | 11.1x | 9.5x |
| EV/Sales | | 5.8x | 5.5x | 5.0x |

**Trading Data (FactSet)**

| | |
|---|---|
| Shares Outstanding (M): | 277.2 |
| Float (M): | 274.0 |
| Avg. Daily Volume (90-day): | 1,959,434 |

**Financial Data (FactSet)**

| | |
|---|---|
| Book Value Per Share (MRQ): | $85.75 |
| Return on Equity (TTM): | 0.3% |
| Enterprise Value (M): | $45,810 |

**Two-Year Price Performance Chart**



Sources: FactSet, William Blair & Company estimates

**Please refer to important disclosures on pages 8 – 10. Analyst certification is on page 8.**

**William Blair or an affiliate does and seeks to do business with companies covered in its research reports. As a result, investors should be aware that the firm may have a conflict of interest that could affect the objectivity of this report. This report is not intended to provide personal investment advice. The opinions and recommendations herein do not take into account individual client circumstances, objectives, or needs and are not intended as recommendations of particular securities, financial instruments, or strategies to particular clients. The recipient of this report must make its own independent decisions regarding any securities or financial instruments mentioned herein.**

William Blair

**Global Payments William Blair Estimates (in millions, ex-EPS)**

| | 2022E | | | | 2023E | | | | 2024E | | | |
| | old | new | Δ $ | Δ % | old | new | Δ $ | Δ % | old | new | Δ $ | Δ % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Revenue | $8,016 | $7,906 | -$110 | -1% | $8,467 | $8,333 | -$135 | -2% | | $9,236 | | |
| | | | | | | | | | | | | |
| Adj. EBITDA | $3,898 | $3,881 | -$17 | 0% | $4,222 | $4,229 | $7 | 0% | | $4,747 | | |
| margin | 48.6% | 49.1% | | | 49.9% | 50.8% | | | | 51.4% | | |
| | | | | | | | | | | | | |
| Adj. EPS | $9.45 | $9.22 | -$0.23 | -2% | $11.18 | $10.48 | -$0.70 | -6% | | $12.22 | | |
| **Y/Y Change** | | | | | | | | | | | | |
| Revenue | 4% | 2% | | | 6% | 4% | | | | 11% | | |
| Adj. EBITDA | 7% | 7% | | | 8% | 9% | | | | 12% | | |
| Adj. EPS | 16% | 13% | | | 18% | 11% | | | | 17% | | |

Source: Company reports and William Blair

**Stock thoughts and risks**: In addition to the strong secular tailwinds (increased global consumption, growth of electronic payments, and integrated payments), we believe Global Payments' shift to more software-driven payments will help differentiate it from the competition and help sustain growth in coming years. Further, the acquisition of TSYS adds critical scale and bolsters Global Payments' presence in several new markets and adds synergistic card-issuing and consumer-facing capabilities. TSYS is one of the largest providers of card issuer solutions (i.e., processing solutions, card production/account servicing, value-added services) to financial institutions, a leading provider of merchant acquiring solutions to SMBs, and a program manager of prepaid cards in the United States. Global Payments' ability to combine issuing and acquiring data on a scaled and global basis should create competitive advantages. Shares trade at 12 times 2023 adjusted EPS (versus the long-term average of 19 times) or 10 times 2023 EBITDA (versus the long-term average of about 13 times). Management has a long record of consistent strong execution as well as investing in key innovation and secular growth trends. Key risks include internal execution, the overall macroeconomy, and competition.

**Review of September-quarter earnings.** September-quarter results were fundamentally above our estimates, as revenues exceeded our estimate by 2.4%, margins were 40 basis points above our estimate, and adjusted EPS were 1% below our estimate due to below-the-line-items. On a reported basis adjusted revenue rose 3% (versus +6% in the June quarter), while constant-currency revenue rose 6% (versus +8% in the June quarter), and adjusting for Russia and the sale of Netspend, constant-currency revenues rose 9% in the September quarter. Adjusted operating margins rose 240 basis points year-over-year to 45.2% (versus our estimate of 44.8%).

**We note the Netspend business, which is being sold for $1 billion to Searchlight Capital and Rev Worldwide, is pivoting to become an embedded finance company and will be providing banking-as-a-service services for neobanks.** For example, it will power the Dave Ramsey Gazelle neobank product, which includes a debit card, spending account, and mobile app. We estimate Netspend has over 3 million active users.

**On the heels of the acquisition of MineralTree (AP solutions) and the pending acquisition of EVO (AR solutions), Global Payments remains increasingly focused on capturing the $125 trillion B2B payments opportunity**. On a stand-alone basis, Global Payments' management has previously indicated that about $600 million of revenue is driven by B2B payments, which is growing faster than the corporate average, and it includes millions of merchant locations and thousands of partners, including more than 1,350 financial institutions and extensive ERP integrations. Global's key B2B solutions that target the midsize market include commercial and virtual cards, employee payments, bill payments, and expense management. We understand that about 20% of the issuer solutions segment is related to commercial cards, and Global Payments has an estimated 80% share of the U.S. commercial card volume of Visa (V $209.43; Outperform) and Mastercard (MA $329.63; Outperform). Global Payments is a distribution partner of Mastercard Track Business Payment Service.

**Review of three- to five-year cycle guidance (provided at the 2021 investor day).** Over the next three to five years, Global Payments is targeting to low-double-digit revenue growth, 50-75 basis points of annual margin expansion, and 17% to 20% adjusted EPS growth. Revenue growth will be driven by low-double-digit revenue growth of the merchant solutions segment (66% of 2021 revenue), driven by double-digit growth across integrated, vertical markets, and e-commerce/omnichannel, and high-single-digit growth of the issuer segment (23% of 2021 revenue) and business and consumer solutions segment (11% of 2021 revenue).

**Management continues to expect the $4 billion acquisition of EVO to close in the first quarter of 2023; Hart-Scott-Rodino was recently approved.** Global Payments sees the potential for attractive revenue and expense synergies, estimating at least $125 million in run-rate EBITDA synergies (vast majority expense-driven) within the first two years post-close (expected to close in the first quarter of 2023).

William Blair

EVO brings Global Payments into faster-growth international markets (Poland, Germany, Chile, Greece), and increases its presence in existing markets (the U.K., Ireland, Spain, Mexico, Canada, United States). EVO Payments should also bolster Global Payments' B2B strategy with account-receivable (AR) solutions and various ERP integrations. EVO is a diversified payments processor targeting the United States (42% of 2021 estimated revenue) and key international markets (58% of revenue), particularly Mexico (20%), Poland (17%), Ireland/U.K. (8%), and Spain/Germany (6% each). EVO is diversified across industries including consumer goods/ restaurants/grocery (44%), fuel, healthcare, and B2B. EVO has historically acquired customers through the ISO channel in the United States and bank channel in Europe, though more recently has increased its tech-enabled/integrated sales effort—a strategy we consider complementary to and likely accelerated by Global Payments. Recall at the time of EVO Payments' 2018 IPO about half of the most senior executives had experience at Global Payments, including the current CEO Jim Kelly who served as Global Payments' CFO (2001-2005), senior executive vice president (2004-2008), and president (2008-2010).

### Estimated Revenue Mix by Segment ($ in millions)

| | 2021E | % of Total |
|---|---|---|
| **United States** | | |
| Direct | 45.0 | 9% |
| ISV | 47.0 | 9% |
| E-comm | 34.0 | 7% |
| Traditonal/ISO | 39.5 | 8% |
| B2B | 41.0 | 8% |
| **Total U.S.** | **206.5** | **42%** |
| | | |
| **International** | | |
| Poland | 86.0 | 17% |
| Mexico | 100.0 | 20% |
| Spain | 30.0 | 6% |
| Ireland/U.K. | 38.0 | 8% |
| Germany | 31.0 | 6% |
| Czech Republic | 5.0 | 1% |
| Other Europe | 0.1 | 0% |
| **Total International** | **290.1** | **58%** |

Source: Company filings and William Blair Equity Research

**EVO's Industry Volume Mix (Left) and Revenue Diversification (Right)**




Note: Represents full year 2021 revenue and volumes, including ATM

Source: Company reports

**As part of the EVO acquisition, Silver Lake, a global leader in technology investing, invested $1.5 billion in Global Payments in the form of unsecured convertible senior notes and named Joseph Osnoss to the board.** The senior notes have a 7-year maturity and a 1.0% coupon rate with a conversion price at a 15% premium of GPN's closing price as of July 29, 2022 ($122.32 x 1.15 = $140.67); however, through hedges raised the conversion price to $230 per share. With the Silver Lake investment and the sale of

Netspend's consumer assets to Searchlight Capital, management expects net leverage to be 3.9 times at the close and to be around current levels by the end of calendar 2023 (current level of 3.1 times on a net debt basis). We are encouraged by the investment from Silver Lake, a highly regarded technology investor, and we believe its involvement suggests it is confident that Global Payments is solidly not in the legacy technology camp.

**Balance sheet and cash flow.** Global Payments had $1.1 billion in available cash ($3.5 billion of liquidity) and $13.5 billion in debt exiting the September quarter. We note that the company's capital structure currently consists of 100% fixed rate debt. Net leverage exiting the September quarter was 3.1 times (versus 2.9 times exiting June). Adjusted free cash flow in the quarter was $639.9 million and $1.55 billion year-to-date, and capex is expected to be $600 million for the full year.

**Recent management changes.** In June 2022, Global Payments announced the appointment of Josh J. Whipple (previously senior executive vice president and chief strategy and enterprise risk officer) as its new chief financial officer (CFO) effective July 2022. As part of the announcement, former Chief Financial Officer Paul M. Todd announced his retirement at the end of June 2022 but will stay on as a senior advisor through the September quarter 2022 to ensure a smooth transition of responsibilities.

**While information is limited and this is in the very early stages and any outcome could take years, the CFPB sued Global Payments' ACTIVE Network (a company acquired by Global several years ago) in October 2022 for "unlawful enrollment practices" as the CFPB claimed it used "dark patterns" to enroll users into the Active Advantage membership program and is "seeking injunctive relief, monetary relief for consumers, disgorgement of unjust gains, and a civil money penalty."** According to the press release*, "The CFPB alleges that ACTIVE violated the Consumer Financial Protection Act by enrolling consumers in and charging them for discount club memberships without their knowledge, consent, or a full understanding of the material terms of the transaction."* The CFPB estimates that ACTIVE has generated over $300 million of fees from about 3 million memberships since 2011; Global Payments acquired ACTIVE for $1.2 billion in 2017.

**Review of guidance, which was reaffirmed on a constant-currency basis and calls for 10%-11% revenue growth and 17%-20% adjusted EPS growth to $9.53 to $9.75 in 2022.** On a reported basis, management anticipates revenues of $7.8 billion to $7.9 billion (previously $7.9 billion to $8.0 billion) and adjusted EPS of $9.32 to $9.55 (previously $9.45 to $9.67); reported financials will be impacted by the pending sale of the Netspend consumer business ($315 million of revenue moved to held-for-sale), 100 basis points of incremental FX headwinds relative to August's outlook (incremental $0.13 per share, $0.30 full-year FX impact), and the sale of the Russia business ($30 million of revenue), while the adjusted operating margin target was raised up to 170 basis points, which is an increase from the prior outlook of up to 150 basis points.

**Review of 2022 proxy statement.** While 2022 executive compensation is yet to be disclosed and cash compensation is generally a small percentage of overall compensation, management's performance objectives were based on adjusted EPS (33% weight), adjusted revenue (33% weight), and adjusted operating margin (33% weight). COVID clearly skewed metrics, but management's targets in 2021 called for at least 13% adjusted revenue growth, 140 basis points of adjusted operating margin expansion, and 21% adjusted EPS growth.

**Review of tech initiatives, which will likely take several years to ramp up.**

- For Google (GOOG $96.58; Outperform), Global Payments is the preferred provider for merchant acquiring services and will use Google Cloud for the segment, which should help with the integration of TSYS, reduce expenses, and help accelerate speed to market, and both companies will co-sell solutions. The company remains on track to launch the next phase of Google One (cloud subscription service) and Grow My Business, which will help merchants grow faster by connecting additional Google services to GPN's digital platform later in the December quarter. For example, Global Payments will integrate various Google merchant solutions (i.e., email marketing, inventory management, advertising, payroll, gift card) into Global Payments' merchant cloud. For reference, *Run and Grow My Business* is Global Payment's software that integrates with Google Solutions to utilize GPN's capabilities in a proprietary digital port environment. GPN's expanded partnership with Google will also expand its joint go-to-market efforts and will drive significant referral and new customer acquisition opportunities for businesses of all sizes. Management announced in the June quarter that Global Payments is expanding its relationship with Google across North America following the success of its launch in the APAC region in late 2021. Management noted that volumes continue to ramp up in the United States and anticipates to bring the Google partnership to Europe in 2023.

- For Amazon (AMZN $101.41; Outperform), Global Payments will use AWS for the issuer segment. The technology transition will be a multiyear effort but should create opportunities, as it will allow Global Payments to be more nimble (open API) to work with smaller institutions (i.e., neobanks, fintechs, smaller banks), expand into new geographies, and support new products/services (i.e., open-banking initiatives, U.S. debit products). In addition, the API-based infrastructure will enable Global Payments to unbundle services to provide à la carte offerings. The technology platform will expand the TAM as it will enable Global Payments to enter

William Blair

markets where it does not have massive scale and legacy data center infrastructure (i.e., APAC). Further, management does not expect a material uptick in capex associated with the project. GPN has successfully migrated over 100 clients to the modernized issuer platform and inked a partnership agreement with Mastercard to include authorizations, clearing, and settlement into the cloud. GPN anticipates that CaixaBank will be among the first large financial institutions to go directly to the cloud at the end of 2023.

**As outlined below, Global Payments' revenue yield within the Merchant Segment has been relatively consistent for several years due to the growth of value-added services.** Management has previously cited natural fee pressure for traditional payment processing, it believes it can combat this through more product, capabilities, and growing tech-enabled solutions. The merchant business is impacted by business mix, but volume and revenue should be directionally correlated over time. We note Global Payments' volume growth has less exposure to T&E recovery versus the card networks (less than 5% of volume), which is recovering faster.

**Merchant Solutions Revenue and Volume Trends**

|  | 2019 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 2020 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 2021 | 1Q22 | 2Q22 | 3Q22 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Segment adjusted revenue ($M)** | 4,594 | 1,101 | 906 | 1,125 | 1,112 | 4,245 | 1,150 | 1,289 | 1,358 | 1,340 | 5,136 | 1,337 | 1,434 | 1,450 |
| *Y/Y growth* |  | *2%* | *-21%* | *-6%* | *-4%* | *-8%* | *4%* | *42%* | *21%* | *20%* | *21%* | *16%* | *11%* | *7%* |
| *Y/Y growth (vs 2019)* |  |  |  |  |  |  | *6%* | *12%* | *13%* | *15%* | *12%* | *21%* | *58%* | *29%* |
| **Volume ($B)** | 757 | 177 | 159 | 194 | 197 | 726 | 194 | 225 | 236 | 245 | 900 | 229 | 246 | 243 |
| *Y/Y growth* |  | *-4%* | *-17%* | *2%* | *3%* | *-4%* | *10%* | *42%* | *22%* | *24%* | *24%* | *18%* | *9%* | *3%* |
| *Y/Y growth (vs 2019)* |  |  |  |  |  |  | *5%* | *18%* | *24%* | *28%* | *19%* | *29%* | *55%* | *26%* |
| *Implied segment revenue yield* | *0.61%* | *0.62%* | *0.57%* | *0.58%* | *0.56%* | *0.58%* | *0.59%* | *0.57%* | *0.58%* | *0.55%* | *0.57%* | *0.58%* | *0.58%* | *0.60%* |

Sources: Company filings, William Blair Equity Research

**Management's commentary and disclosures vary by quarter, but a review of segments is below.**

*Merchant Solutions:* On a constant-currency basis, segment revenues rose 11% in the September quarter (excludes Russia, compares to 14% in the June quarter); vertical-software (i.e., AdvancedMD, TouchNet, Zego, Xenial) related revenue rose double digits (versus 20% in the June quarter) led by strength school solutions and Zego, e-commerce/omni grew at a midteens clip, POS software rose 29% (versus 40% in the June quarter), and the HCM/Payroll business grew midteens (versus 40% in the June quarter). Segment margins rose 60 basis points year-over-year to 50.0%. We estimate about approximately 30% of segment revenue is from internally owned software, and about 20% is from partnered software. Further, about 30% of segment revenue is driven by e-commerce/omnichannel solutions; about 80% of segment revenue is from North America, about 15% is from Europe, and 5% is from APAC.

*Issuer Solutions (now includes B2B payments):* On a constant-currency basis, segment revenues rose 6% in the September quarter (versus 6% in the June quarter), and management continues to expect accelerating growth as new business ramps up. In the September quarter, management cited 25% growth of the commercial card transactions. Management continues to expect MineralTree will be a 20%-plus grower. As of July 2022, most of MineralTree's business and Global Payments B2B business (accounts payable automation, paycard/banking-as-a-service about $100 million to $110 million of annual revenue) is included in the Issuer Solutions segment as the solutions align with AP/disbursement/commercial cards. Further, Global Payments issuer business had 22 million cards in the backlog entering 2022, and inked a contract with CaixaBank in early 2022, which adds about 30 million cards. CaixaBank is expected to ramp up in late 2023 and impact 2024 results. We believe approximately 50% of the segment is related to volume (accounts on file and transactions), with the remainder driven by managed services. This segment is heavily weighted toward the credit card market, though TSYS has a significant debit business outside the United States that management intends to bring to the United States. The initiative with AWS should help Global Payments expand its TAM by a factor of three, which will enable Global Payments to expand into smaller entities and more geographic markets and to provide point-specific solutions.

**Global Payments is helping power the growth of the buy-now-pay-later (BNPL) and installments industry through various services/partnerships and launched BNPL-as-a-Service solutions in early 2022.** Consider the company helps enable over 2 billion transactions annually, issues over 50 million virtual cards, and had over $20 billion of BNPL volume in 2021. Global Payments' services include card management services, virtual card issuance, payment acceptance solutions, and its global distribution platform, and has relationships with the networks to enable these capabilities. Management cited that it currently has a number of BNPL customer implementations underway and take-up from traditional FI clients within Issuer has been very high.

**Global Payments has several initiatives that are focused on the cryptocurrency market and is primarily focused on facilitating use-cases (i.e., rewards redemption, enable buying/selling, converting to fiat currency).** In May 2022, Global Payments announced a strategic alliance with Bakkt Holdings, Inc., a digital asset platform that enables consumers to buy sell, send, and spend a range of digital assets. The partnership will allow Global Payments and Bakkt to collaborate on similar customer situations pertaining to enabling cryptocurrency redemption in customer loyalty programs offered by bank clients, expanding

William Blair

banking-as-a-service (BaaS) offerings to include ease of cryptocurrency use, and leveraging issuing technology for linking debit, credit, and prepaid solutions.

**ESG Considerations.** Global Payments established an ESG steering committee of business leaders to oversee various ESG efforts, including employee diversity, environmental effort, corporate governance, culture, and impact to the overall community. In addition, Global Payments supports the United Nations' 2030 Agenda for Sustainable Development, which includes 17 goals that help address social needs and to save the planet. The company has various efforts to reduce its environmental footprint, as it focuses on managing energy consumption, limiting waste, and conserving water, including the goal of reducing energy consumption by 2.5% annually. In addition, management has outlined goals to reduce the number of office locations by over 75% by 2022. See our recent ESG Insights report, which explores ESG dynamics in the payments industry.

William Blair

**Global Payments, Inc.**



Robert P. Napoli (312) 364-8496
Cris D. Kennedy, CFA (312) 364-8596
Spencer B. James (224) 221-4518
Adib Choudhury (212) 237-2758

**FY Ends December**
in millions
10/31/22 1:16 PM

| | CY18 | CY19 | CY20 | Mar-21 1Q21 | Jun-21 2Q21 | Sep-21 3Q21 | Dec-21 4Q21 | CY21 | Mar-22 1Q22 | Jun-22 2Q22 | Sep-22 3Q22 | Dec-22 4Q22E | CY22E | Mar-23 1Q23E | Jun-23 2Q23E | Sep-23 3Q23E | Dec-23 4Q23E | CY23E | CY24E |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **non-GAAP Income Statement:** | | | | | | | | | | | | | | | | | | | |
| **Adjusted revenues** | | | | | | | | | | | | | | | | | | | |
| Merchant Solutions | | | 4,244.7 | 1,150 | 1,289 | 1,358 | 1,340 | 5,136.1 | 1,337 | 1,434 | 1,450 | 1,367 | 5,587.9 | 1,428 | 1,678 | 1,668 | 1,572 | 6,345.1 | 7,100.2 |
| Issuer Solutions | | | 1,746.6 | 439 | 446 | 458 | 463 | 1,806.4 | 443 | 459 | 489 | 491 | 1,881.4 | 478 | 496 | 528 | 527 | 2,029.5 | 2,181.7 |
| Business & Consumer Solutions | | | 829.5 | 244 | 227 | 208 | 208 | 886.5 | 196 | 188 | 143 | 0 | 526.0 | 0 | 0 | 0 | 0 | 0.0 | 0.0 |
| Less intersegment eliminations | | | (72.7) | (21) | (22) | (23) | (26) | (91.0) | (23) | (22) | (24) | (21) | (89.6) | (10) | (11) | (11) | (10) | (41.9) | (46.4) |
| **Total (adjusted revenues)** | 3,969.4 | 4,588.2 | 6,748.0 | 1,812.2 | 1,940.6 | 2,000.3 | 1,984.9 | 7,738.0 | 1,952.7 | 2,058.5 | 2,058.2 | 1,836.5 | 7,905.8 | 1,896.5 | 2,162.6 | 2,184.8 | 2,088.8 | 8,332.8 | 9,235.5 |
| Y/Y change | 14.9% | 15.6% | 47.1% | 4.8% | 27.6% | 14.6% | 13.3% | 14.7% | 7.7% | 6.1% | 2.9% | -7.5% | 2.2% | -2.9% | 5.1% | 6.2% | 13.7% | 5.4% | 10.8% |
| Non-GAAP operating expense | 2,712.9 | 2,766.9 | 4,066.7 | 1,077.1 | 1,130.4 | 1,144.8 | 1,151.4 | 4,503.7 | 1,150.2 | 1,156.1 | 1,127.6 | 989.6 | 4,423.5 | 1,024.7 | 1,166.4 | 1,180.6 | 1,129.7 | 4,501.4 | 4,886.9 |
| Y/Y change | 12.9% | 2.0% | 47.0% | 2.2% | 17.9% | 11.3% | 12.3% | 10.7% | 6.8% | 2.3% | -1.5% | -14.1% | -1.8% | -10.9% | 0.9% | 4.7% | 14.2% | 1.8% | 8.6% |
| **Adj. operating income** | 1,256.4 | 1,821.3 | 2,681.3 | 735.1 | 810.2 | 855.6 | 833.5 | 3,234.3 | 802.5 | 902.4 | 930.6 | 846.9 | 3,482.3 | 871.8 | 996.3 | 1,004.2 | 959.1 | 3,831.4 | 4,348.6 |
| Y/Y change | 19.5% | 45.0% | 47.2% | 9.0% | 44.1% | 19.2% | 14.7% | 20.6% | 9.2% | 11.4% | 8.8% | 1.6% | 7.7% | 8.6% | 10.4% | 7.9% | 13.3% | 10.0% | 13.5% |
| Adj. operating margin | 31.7% | 39.7% | 39.7% | 40.6% | 41.7% | 42.8% | 42.0% | 41.8% | 41.1% | 43.8% | 45.2% | 46.1% | 44.0% | 46.0% | 46.1% | 46.0% | 45.9% | 46.0% | 47.1% |
| Interest and other income | 11.1 | 21.3 | 20.1 | 4.2 | 5.5 | 6.6 | 3.3 | 19.6 | 1.7 | 3.0 | 20.5 | 20.5 | 45.7 | 20.5 | 20.5 | 20.5 | 20.5 | 82.0 | 82.0 |
| Interest and other expense | (190.4) | (265.0) | (336.1) | (83.1) | (80.6) | (82.2) | (87.8) | (333.7) | (93.3) | (99.2) | (118.4) | (98.9) | (409.8) | (98.2) | (97.4) | (96.7) | (95.9) | (388.2) | (376.2) |
| Other | | | | | | | | | | | | | | | | | | | |
| Non-operating income/(expense) | (179.3) | (243.7) | (316.0) | (78.9) | (75.1) | (75.6) | (84.5) | (314.0) | (91.6) | (96.2) | (97.9) | (78.4) | (364.1) | (77.7) | (76.9) | (76.2) | (75.4) | (306.2) | (294.2) |
| **Pretax income** | 1,077.2 | 1,577.6 | 2,365.3 | 656.2 | 735.1 | 780.0 | 749.0 | 2,920.3 | 710.9 | 806.1 | 832.7 | 768.4 | 3,118.2 | 794.1 | 919.3 | 928.0 | 883.7 | 3,525.2 | 4,054.4 |
| Pretax adj. margin | 27.1% | 34.4% | 35.1% | 36.2% | 37.9% | 39.0% | 37.7% | 37.7% | 36.4% | 39.2% | 40.5% | 41.8% | 39.4% | 41.9% | 42.5% | 42.5% | 42.3% | 42.3% | 43.9% |
| Provision for income taxes | (210.6) | (306.0) | (470.7) | (128.7) | (144.4) | (150.1) | (142.5) | (565.6) | (139.3) | (155.8) | (154.8) | (142.8) | (592.7) | (154.1) | (178.4) | (180.0) | (171.4) | (683.9) | (786.6) |
| % tax rate | 19.5% | 19.4% | 19.9% | 19.6% | 19.6% | 19.2% | 19.0% | 19.4% | 19.6% | 19.3% | 18.6% | 18.6% | 19.0% | 19.4% | 19.4% | 19.4% | 19.4% | 19.4% | 19.4% |
| Net income | 866.6 | 1,271.6 | 1,894.6 | 528 | 591 | 630 | 607 | 2,354.7 | 572 | 650 | 678 | 626 | 2,525.4 | 640 | 741 | 748 | 712 | 2,841.3 | 3,267.9 |
| Less: noncontrolling int. (net of tax) | (40) | (33) | 28 | 14 | 12 | 7 | 8 | 42 | 13 | 7 | 6 | 6 | 32 | 6 | 6 | 6 | 6 | 24 | 24 |
| **Adj. net income (cash)  to GPN** | $ 826.4 | $ 1,238.5 | $ 1,922.7 | $ 541.4 | $ 603.1 | $ 637.3 | $614.7 | $ 2,396.5 | $ 584.8 | $ 657.8 | $683.6 | $631.3 | $ 2,557.5 | $ 646.1 | $ 747.0 | $754.0 | $718.2 | $ 2,865.3 | $ 3,291.9 |
| Y/Y change | | 49.9% | 55.2% | 14.3% | 53.0% | 24.1% | 13.7% | 24.6% | 8.0% | 9.1% | 7.3% | 2.7% | 6.7% | 10.5% | 13.6% | 10.3% | 13.8% | 12.0% | 14.9% |
| Diluted shares | 159.3 | 198.8 | 300.5 | 298 | 296 | 293 | 288 | 293.7 | 283 | 279 | 275 | 273 | 277.5 | 273 | 273 | 273 | 273 | 273.4 | 269.3 |
| Y/Y change | 2.4% | 24.8% | 51.2% | -1.0% | -1.4% | -2.7% | -4.0% | -2.3% | -5.1% | -6.0% | -5.8% | -5.2% | -5.5% | -3.2% | -1.8% | -0.7% | 0.0% | -1.5% | -1.5% |
| **Adj. Cash EPS** | $5.19 | $6.23 | $6.40 | $1.82 | $2.04 | $2.18 | $2.13 | $8.16 | $2.07 | $2.36 | $2.48 | $2.31 | $9.22 | $2.36 | $2.73 | $2.76 | $2.63 | $10.48 | $12.22 |
| Y/Y change | 29.3% | 20.1% | 2.7% | 15.5% | 55.1% | 27.4% | 18.4% | 27.5% | 13.8% | 16.0% | 13.9% | 8.3% | 13.0% | 14.2% | 15.7% | 11.1% | 13.8% | 13.7% | 16.6% |
| **Adj. EBITDA** | 1,402 | 2,033 | 3,039 | 831 | 907 | 954 | 938 | 3,631 | 902 | 1,003 | 1,030 | 946 | 3,881 | 971 | 1,096 | 1,104 | 1,059 | 4,229 | 4,747 |
| Y/Y change | 20.3% | 45.0% | 49.5% | 9.7% | 39.4% | 17.6% | 14.5% | 19.5% | 8.5% | 10.5% | 8.0% | 0.9% | 6.9% | 7.7% | 9.3% | 7.1% | 11.9% | 9.0% | 12.2% |
| % of revenue | 35.3% | 44.3% | 45.0% | 45.9% | 46.8% | 47.7% | 47.2% | 46.9% | 46.2% | 48.7% | 50.0% | 51.5% | 49.1% | 51.2% | 50.7% | 50.5% | 50.7% | 50.8% | 51.4% |

https://williamblair.bluematrix.com/sellside/Disclosures.action?ajax&page=ajax/williamblairDisclosures.jsp&firmId=18877&companySymbol=GPN

William Blair

**IMPORTANT DISCLOSURES**

William Blair or an affiliate is a market maker in the security of Global Payments, Inc.

William Blair or an affiliate expects to receive or intends to seek compensation for investment banking services from Global Payments, Inc. or an affiliate within the next three months.

Officers and employees of William Blair or its affiliates (other than research analysts) may have a financial interest in the securities of Global Payments, Inc.

This report is available in electronic form to registered users via R*Docs™ at https://williamblairlibrary.bluematrix.com or www.williamblair.com.

Please contact us at +1 800 621 0687 or consult https://www.williamblair.com/equity-research/coverage for all disclosures.

Robert Napoli attests that 1) all of the views expressed in this research report accurately reflect his/her personal views about any and all of the securities and companies covered by this report, and 2) no part of his/her compensation was, is, or will be related, directly or indirectly, to the specific recommendations or views expressed by him/her in this report. We seek to update our research as appropriate. Other than certain periodical industry reports, the majority of reports are published at irregular intervals as deemed appropriate by the research analyst.

DOW JONES: 32033.30
S&P 500: 3901.06
NASDAQ: 11102.50



**Global Payments, Inc. Rating History as of 10/28/2022**
powered by: BlueMatrix

Closing Price

OP:Outperform Mkt:Market Perform UP:Under Perform NR:Not Rated I:Initiation of Coverage D:Dropped Coverage

Source: FactSet & William Blair

Additional information is available upon request.

**Current Rating Distribution (as of October 31, 2022):**

| Coverage Universe | Percent | Inv. Banking Relationships * | Percent |
|---|---|---|---|
| Outperform (Buy) | 73 | Outperform (Buy) | 11 |
| Market Perform (Hold) | 27 | Market Perform (Hold) | 4 |
| Underperform (Sell) | 1 | Underperform (Sell) | 0 |

*Percentage of companies in each rating category that are investment banking clients, defined as companies for which William Blair has received compensation for investment banking services within the past 12 months.

The compensation of the research analyst is based on a variety of factors, including performance of his or her stock recommendations; contributions to all of the firm's departments, including asset management, corporate finance, institutional sales, and retail brokerage; firm profitability; and competitive factors.

William Blair

**OTHER IMPORTANT DISCLOSURES**

Stock ratings and valuation methodologies: William Blair & Company, L.L.C. uses a three-point system to rate stocks. Individual ratings reflect the expected performance of the stock relative to the broader market (generally the S&P 500, unless otherwise indicated) over the next 12 months. The assessment of expected performance is a function of near-, intermediate-, and long-term company fundamentals, industry outlook, confidence in earnings estimates, valuation (and our valuation methodology), and other factors. Outperform (O) - stock expected to outperform the broader market over the next 12 months; Market Perform (M) - stock expected to perform approximately in line with the broader market over the next 12 months; Underperform (U) - stock expected to underperform the broader market over the next 12 months; not rated (NR) - the stock is not currently rated. The valuation methodologies include (but are not limited to) price-to-earnings multiple (P/E), relative P/E (compared with the relevant market), P/E-to-growth-rate (PEG) ratio, market capitalization/revenue multiple, enterprise value/EBITDA ratio, discounted cash flow, and others. Stock ratings and valuation methodologies should not be used or relied upon as investment advice. Past performance is not necessarily a guide to future performance.

The ratings and valuation methodologies reflect the opinion of the individual analyst and are subject to change at any time.

Our salespeople, traders, and other professionals may provide oral or written market commentary, short-term trade ideas, or trading strategies-to our clients, prospective clients, and our trading desks-that are contrary to opinions expressed in this research report. Certain outstanding research reports may contain discussions or investment opinions relating to securities, financial instruments and/or issuers that are no longer current. Always refer to the most recent report on a company or issuer. Our asset management and trading desks may make investment decisions that are inconsistent with recommendations or views expressed in this report. We will from time to time have long or short positions in, act as principal in, and buy or sell the securities referred to in this report. Our research is disseminated primarily electronically, and in some instances in printed form. Research is simultaneously available to all clients. This research report is for our clients only. No part of this material may be copied or duplicated in any form by any means or redistributed without the prior written consent of William Blair & Company, L.L.C.

This is not in any sense an offer or solicitation for the purchase or sale of a security or financial instrument. The factual statements herein have been take from sources we believe to be reliable, but such statements are made without any representation as to accuracy or completeness or otherwise, except with respect to any disclosures relative to William Blair or its research analysts. Opinions expressed are our own unless otherwise stated and are subject to change without notice. Prices shown are approximate.

This material is distributed in the United Kingdom and the European Economic Area (EEA) by William Blair International, Ltd., authorised and regulated by the Financial Conduct Authority (FCA). William Blair International, Limited is a limited liability company registered in England and Wales with company number 03619027. This material is only directed and issued to persons regarded as Professional investors or equivalent in their home jurisdiction, or persons falling within articles 19 (5), 38, 47, and 49 of the Financial Services and Markets Act of 2000 (Financial Promotion) Order 2005 (all such persons being referred to as "relevant persons"). This document must not be acted on or relied on by persons who are not "relevant persons."

"William Blair" and "R*Docs" are registered trademarks of William Blair & Company, L.L.C. Copyright 2022, William Blair & Company, L.L.C. All rights reserved.

**William Blair & Company, L.L.C.** licenses and applies the SASB Materiality Map® and SICSTM in our work.

9 | Robert Napoli +1 312 364 8496

*William Blair*

# Equity Research Directory

**John Kreger, Partner    Director of Research    +1 312 364 8612**
**Kyle Harris, CFA, Partner    Operations Manager    +1 312 364 8230**

## CONSUMER

**Sharon Zackfia, CFA, Partner    +1 312 364 5386**
Group Head–Consumer
*Lifestyle and Leisure Brands, Restaurants, Automotive/E-commerce*

**Jon Andersen, CFA, Partner    +1 312 364 8697**
*Consumer Products*

**Phillip Blee    +1 312 801 7874**
*Hardlines, Discount/Value*

**Dylan Carden    +1 312 801 7857**
*Consumer Technology, Specialty Retail*

**Ryan Sundby, CFA    +1 312 364 5443**
*Outdoor and Recreation*

## FINANCIAL SERVICES AND TECHNOLOGY

**Adam Klauber, CFA, Partner    +1 312 364 8232**
Co-Group Head–Financial Services and Technology
*Financial Analytic Service Providers, Insurance Brokers, Property & Casualty Insurance*

**Robert Napoli, Partner    +1 312 364 8496**
Co-Group Head–Financial Services and Technology
*Financial Technology, Specialty Finance*

**Cristopher Kennedy, CFA    +1 312 364 8596**
*Financial Technology, Specialty Finance*

**Jeff Schmitt    +1 312 364 8106**
*Wealth Management, Financial Services Distributors*

## HEALTHCARE

### Biotechnology

**Tim Lugo, Partner    +1 415 248 2870**
Group Head–Biotechnology

**Sami Corwin, Ph.D.    +1 312 801 7783**

**Andy T. Hsieh, Ph.D., Partner    +1 312 364 5051**

**Myles R. Minter, Ph.D.    +1 617 235 7534**

**Matt Phipps, Ph.D., Partner    +1 312 364 8602**

**Raju Prasad, Ph.D., Partner    +1 312 364 8469**

### Healthcare Technology and Services

**Ryan S. Daniels, CFA, Partner    +1 312 364 8418**
Group Head–Healthcare Technology and Services
*Healthcare Technology, Healthcare Services*

**Margaret Kaczor, CFA, Partner    +1 312 364 8608**
*Medical Technology*

**Brandon Vazquez    +1 212 237 2776**
*Dental, Animal Health*

### Life Sciences

**Matt Larew, Partner    +1 312 364 8242**
*Life Science Tools, Bioprocessing, Healthcare Delivery*

**Andrew F. Brackmann, CFA    +1 312 364 8776**
*Diagnostics*

**Max Smock, CFA    +1 312 364 8336**
*Pharmaceutical Outsourcing and Services*

## GLOBAL SERVICES

**Tim Mulrooney    +1 312 364 8123**
Group Head–Global Services
*Commercial Services, Staffing*

**Andrew Nicholas, CPA    +1 312 364 8689**
*Consulting, HR Technology, Information Services*

## ECONOMICS

**Richard de Chazal, CFA    +44 20 7868 4489**

## ENERGY AND SUSTAINABILITY

**Jed Dorsheimer    +1 617 235 7555**
Group Head–Energy and Sustainability
*Generation, Efficiency, Storage*

**Tim Mulrooney    +1 312 364 8123**
*Sustainability Services*

**Trevor Romeo, CFA    +1 312 801 7854**
*Generation*

## GLOBAL INDUSTRIAL INFRASTRUCTURE

**Nick Heymann    +1 212 237 2740**
Co-Group Head–Global Industrial Infrastructure
*Multi-industry*

**Larry De Maria, CFA    +1 212 237 2753**
Co-Group Head–Global Industrial Infrastructure
*Capital Goods*

**Louie DiPalma, CFA    +1 312 364 5437**
*Aerospace, Defense, and Government Software*

**Brian Drab, CFA, Partner    +1 312 364 8280**
*Advanced Manufacturing, Industrial Technology*

**Ryan Merkel, CFA , Partner    +1 312 364 8603**
*Building Products, Specialty Distribution*

## TECHNOLOGY, MEDIA, AND COMMUNICATIONS

**Jason Ader, CFA, Partner    +1 617 235 7519**
Co-Group Head–Technology, Media, and Communications
*Infrastructure Software*

**Arjun Bhatia, CPA    +1 312 364 5696**
Co-Group Head–Technology, Media, and Communications
*Software as a Service*

**Dylan Becker, CFA    +1 312 364 8938**
*Software, Software as a Service*

**Jim Breen, CFA    +1 617 235 7513**
*Internet Infrastructure and Communication Services*

**Jonathan Ho, Partner    +1 312 364 8276**
*Cybersecurity, Security Technology*

**Kamil Mielczarek, CFA    +1 212 237 2714**
*Software*

**Maggie Nolan, CPA, Partner    +1 312 364 5090**
*IT Services*

**Matthew Pfau, CFA    +1 312 364 8694**
*Software as a Service*

**Jake Roberge    +1 312 364 8568**
*Software, Software as a Service*

**Ralph Schackart III, CFA, Partner    +1 312 364 8753**
*Internet and Digital Media*

**Stephen Sheldon, CFA, CPA, Partner    +1 312 364 5167**
*Vertical Technology – Real Estate, Education, Restaurant/Hospitality*

**Matt Stotler    +1 212 237 2755**
*Software, Software as a Service*

**Alessandra Vecchi    +1 212 237 2764**
*Semiconductors/Wireless*

## EDITORIAL AND SUPERVISORY ANALYSTS

**Steve Goldsmith, Head Editor and SA    +1 312 364 8540**
**Audrey Majors, Editor and SA    +1 312 364 8992**
**Beth Pekol Porto, Editor and SA    +1 312 364 8924**
**Lisa Zurcher, Editor and SA    +44 20 7868 4549**
**Mubasil Chaudhry, Editor    +44 20 7868 4453**