# Exhibit 3



# GLOBAL PAYMENTS, INC. (GPN)

## *GPN - Results Not a Treat, but No Tricks Either - Core Trends Sound*

**October 31, 2022**

**Rating:**
Outperform
**Price:**
$114.26
**Price Target:**
$150.00
**% Upside:**
31.3%

[View GPN Model](#)
[View Comp Table](#)

### The Wolfe Byte

Several moving parts in 3Q and guidance led to shares underperforming, but further analysis suggests that underlying fundamentals remain healthy in the core Issuer and Merchant businesses. Further we see several reasons to be constructive on EPS power into '23.

---

- **GPN reported 3Q results BMO, and shares were down 8% vs the S&P down ~0.7%. While we believe that underlying performance of core Merchant and Issuer were healthy, changes in guidance included multiple components that confused investors, at least initially. That said, with Merchant trends sound, accelerating Issuer, EVOP accretion on the horizon, and NTSP's Consumer sale n-term, we believe clarity should prevail over the next few quarters.**

- **For FY22,** management reiterated its CC revenue growth guidance (+10.5% Y/Y at mid-point), but reduced reported given ~$65mn+ incremental FX headwinds and $55mn less non-core/divested Consumer (NTSP) revenues for 2H22 from prior. We model $8.17bn reported including Netspend's Consumer (pending deal-close) and FX impacts, relatively unchanged from our prior. Guidance for Merchant and Issuer was reiterated (and w/ stable trends). Adj. EPS guidance was also reiterated (+17-20% Y/Y) but on a reported basis reduced to $9.24-$9.44 given FX, and management pointed to the lower end, given FX and macro uncertainty. For FY22, we model adj. EPS of $9.26 ($9.25 prior) and ~160bps margin expansion Y/Y, noting the guidance raised to up-to 170bps from 150bps prior.

- **For 4Q22,** implied adj. EPS guidance is ~$2.40. This compares to our $2.42 prior and the Street's $2.46. We now model $2.36 given incremental FX and interest expense, but we expect deviation across consensus given some including the divestiture in estimates and some placing in discontinued ops. We est implied 4Q reported revenue guidance at the mid-point of ~$2.12bn, and we model $2.093bn.

- **Regarding NTSP/EVO deals,** GPN received further approvals for its acquisition of EVO and divestiture of NTSP Consumer. We continue to see the deals as on track to close in 1H23, with EVO likely first and NTSP after in our view, with implications on accretion/dilution in '23.

- **Net leverage today** is 3.1x. GPN reiterated 3.9x at closing of the above discussed deals, but reduction back to ~3x by YE23.

### Company Information

| | |
|---|---|
| 52-Week Range | $107 - $152 |
| Market Cap. (MM) | $31,669 |
| Enterprise Value (MM) | $43,532 |
| Shares Out. (MM) | 277.2 |
| Dividend Yield | 0.8% |
| Dividend Payout Ratio | 0.3% |
| ROE | 0.0% |
| Avg. Value Traded (MM) | $330.84 |



GPN
Source: FactSet

Priced as of 10/31/22



**Darrin Peller**
dpeller@wolferesearch.com
(646) 582-9310
[View Darrin's Research](#)

**Andrew Estes**
aestes@wolferesearch.com
(646) 582-9309

**Scott Wurtzel**
swurtzel@wolferesearch.com
(646) 582-9313

**Daniel Krebs**
dkrebs@wolferesearch.com

**Owen McAvoy**
omcavoy@wolferesearch.com

| ADJUSTED EPS ($) | | | | | DECEMBER FYE | | |
|---|---|---|---|---|---|---|---|
| | 1Q | 2Q | 3Q | 4Q | FY | EPS Growth | P/E |

---

This report is limited solely for Wolfe Research's clients.Please refer to the DISCLOSURE SECTION located at the end of this report for Analyst Certifications and Other Important Disclosures.

# W LFE
## R E S E A R C H

**October 31, 2022**

| ADJUSTED EPS ($) | | | | | | DECEMBER FYE | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 1Q | 2Q | 3Q | 4Q | FY | EPS Growth | P/E |
| **2022E** | 2.07 A | 2.36 A | 2.48 A | 2.35 E | 9.26 E | 13.42% | 12.3x |
| *Prior* | - | - | *2.41 E* | *2.42 E* | *9.25 E* | | |
| **Cons.** | 2.07 A | 2.36 A | 2.48 A | 2.45 E | 9.36 E | | |
| **2023E** | 2.36 E | 2.58 E | 2.65 E | 2.76 E | 10.35 E | 11.76% | 11.0x |
| *Prior* | *2.35 E* | *2.59 E* | *2.71 E* | *2.70 E* | - | | |
| **Cons.** | 2.35 E | 2.66 E | 2.79 E | 2.78 E | 10.56 E | | |
| **2024E** | 2.57 E | 2.86 E | 2.95 E | 3.01 E | 11.40 E | 10.15% | 10.0x |
| *Prior* | *2.50 E* | *2.84 E* | *3.04 E* | *3.02 E* | - | | |
| **Cons.** | 2.69 E | 3.08 E | 3.26 E | 3.23 E | 12.20 E | | |

Source: Company Documents, Wolfe Research, FactSet
Numbers may not add up due to rounding

Please help us protect your advantage...
**DO NOT FORWARD**

# W⬤LFE
### R E S E A R C H

**October 31, 2022**

---

## Investment Conclusion

**YTD GPN shares are down 19%, along with the S&P 500 down 19%, FISV -5%, and FIS -27%.**

We believe GPN's long-term story is intact and have further conviction GPN's long-term potential for structural opportunities. GPN should benefit from: 1) overall health of GPN's portfolio given average size of merchants, diversity of verticals across economically defensive categories and geographic diversity, 2) recurring tech-enabled revenue across a greater percentage of the business (~65% currently with plans to shift to 75% over time), 3) ability to capture market share with omnichannel offerings driven by strong demand from new and existing merchants, 4) greater mix of eComm/digital transactions, 5) increase in contactless payments to benefit both Merchant Solutions and Issuer solution, 6) cost management strength supplementing revenue with realization of $400mn of cost synergies from the TSS deal, and incremental expense management, and 7) other variables such as recent acquisitions (MineralTree, Zego and Worldline's PAYONE), partnerships with Amazon AWS (Issuer) and Google (Merchant), and pricing/cross-selling opportunities into TSS legacy business and Heartland which continue to expand its TAM.

**Valuation: GPN is currently trading at an 11.9x EPS on CY23E, a -4.7x spread below the market, versus its 3-year historic spread of 4.8x. We predicate our $150 YE23 price target on ~15x our CY24E adj. EPS of $10.40 (unchanged),** a discount to its historic forward PE multiple due to an increasing competitive landscape (SMB, vertical & software business, B2B) and concerns around structural positioning until further proof points in follow-on earnings as consumer spend and credit trends normalize. **That said, we view the current discount being applied by the market as unwarranted. Further, we see ample room for multiple expansion and higher estimate revisions as the economic environment recovers and pandemic headwinds abate.**

**Exhibit 1 - Peer Multiples**

| Ticker | P/E (CY23 Street Est.) | Current spread to the S&P on '23 EPS | 3-year historic spread to the S&P on NTM EPS | Pre-Pandemic 1-year historic spread on NTM EPS | Pre-Pandemic 3-year historic spread on NTM EPS |
|---|---|---|---|---|---|
| EVOP | 26.4x | 9.9x | NA | 9.6x | 8.3x |
| FIS | 11.2x | -5.4x | 2.2x | 4.4x | 2.1x |
| FISV | 14.0x | -2.5x | 2.8x | 6.9x | 6.0x |
| FOUR | 22.7x | 6.1x | N/A | 11.5x | 9.8x |
| MA | 27.0x | 10.5x | 16.0x | 7.0x | 4.7x |
| PYPL | 17.9x | 1.4x | 17.1x | 15.8x | 14.8x |
| SQ | 40.1x | 23.5x | NA | 55.1x | N/A |
| GPN | 11.9x | -4.7x | 4.4x | 5.2x | 2.2x |
| Median | 20.5x | 3.9x | 4.8x | 7.0x | 5.7x |
| S&P 500 | 16.6x | NA | NA | NA | NA |

Source: Factset consensus

---

Please help us protect your advantage…
**DO NOT FORWARD**

## Summary of 3Q22 Results

GPN reported 3Q22 adjusted net revenue of 2.06bn, (ex-Russia Merchant business), up 6% CC or 9% excluding dispositions, and versus our 8% modeled (before dispositions). Revenue growth was led by strong results in Merchant (up 11% ex-Russia vs. LQ's +13%) CC and Issuer business up 6% CC. Core Issuer accelerated Q/Q to 4.2% from 4%. B&C revenues were below our estimate, albeit in the process of being disposed. GPN's adjusted operating margin was 45.2%, ahead of the Street's 44.6% and our modeled 43.8%, ahead of expectations as incremental revenue from margin accretive Issuer business flowed in. However, interest expense and FX headwinds capped the earnings upside. **All in, adjusted EPS of $2.48 was in-line with the Street and above our $2.41. However, we note around ~5 cents of add backs on bridge financing that benefited earnings (~$16.8mn worth).**

**GPN reiterated its 2022 outlook**, calling for adjusted net revenue growth of 10-11% Y/Y (CC adjusted net revenue after sale of Merchant Russia and consumer business), and CC EPS growth range of 17-20%. In addition, management raised its FY22 Y/Y margin expansion to up-to 170bps from 150bps prior and reiterated its FCF conversion target of 100%. FX headwinds of 29-31 cents to EPS are now expected for FY22, up from 16-19 cents prior. Management also noted a 300bp FX headwind to revenue in FY22, with around 400-500bp headwind in 4Q. The team reiterated its confidence in a strong Issuer performance in 4Q, citing the combination of new customer wins coming on, conversion of previously sold business, and headwinds that are turning into tailwinds (e.g. Comm Card business recovering, where transactions increased 25% in 3Q driven by ongoing recovery trends in cross-border corporate travel). Last, we note expectations for Merchant growth of near where it was for 3Q.

**Merchant: On a CC basis, revenues grew 11% ex-Russia versus our modeled 10.5% and LQ's 13%**. Margins expanded 80bps to ~50% for the quarter. Volume of $243bn compares to LQ's $246bn, negatively impacted by FX headwinds and Russia sale (**CC ex-Russia volume growth was also 11%**). For context, this compares to Visa's 10% growth in C3Q. Other relevant business trends include DD growth in the real estate vertical market business, Zego; momentum in POS software solutions, which grew 30% Y/Y lapping >70% comp in 3Q21; and HCM and Payroll business up mid-teens. Further, a new Merchant referral relationship with Virgin Money in the UK during 3Q, whereby GPN will be launching a new pay proposition in 1Q23.

**Exhibit 2 - GPN Merchant Metrics**

| Merchant Metrics | 1Q19 | 2Q19 | 3Q19 | 4Q19 | 1Q20 | 2Q20 | 3Q20 | 4Q20 | 1Q21 | 2Q21 | 3Q21 | 4Q21 | 1Q22 | 2Q22 | 3Q22 | 2019 | 2020 | 2021 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Adj. Net Rev ($mn) | $1,083 | $1,151 | $1,200 | $1,161 | $1,101 | $906 | $1,125 | $1,112 | $1,150 | $1,289 | $1,358 | $1,340 | $1,337 | $1,434 | $1,450 | $4,594 | $4,245 | $5,136 |
| Y/Y Growth % | | | | | 2% | -21% | -6% | -4% | 4% | 42% | 21% | 20% | 16% | 11% | 7% | | -8% | 21% |
| vs. 2019 | | | | | 102% | 79% | 94% | 96% | 106% | 112% | 113% | 115% | 124% | 125% | 121% | | 92% | 112% |
| Volume ($bn) | $185 | $191 | $190 | $191 | $177 | $159 | $194 | $197 | $194 | $225 | $236 | $245 | $229 | $246 | $243 | 757 | 726 | 900 |
| Y/Y Growth % | | | | | -4% | -17% | 2% | 3% | 10% | 42% | 22% | 24% | 18% | 9% | 3% | | -4% | 24% |
| vs. 2019 | | | | | 96% | 83% | 102% | 103% | 105% | 118% | 124% | 128% | 124% | 129% | 128% | | 96% | 119% |
| Spread | | | | | 6.1% | -4.5% | -8.0% | -7.2% | -5.6% | 0.3% | -1.1% | -3.9% | -1.4% | 2.0% | 3.7% | | -3.5% | -3.0% |
| Yield | 0.59% | 0.60% | 0.63% | 0.61% | 0.62% | 0.57% | 0.58% | 0.56% | 0.59% | 0.57% | 0.58% | 0.55% | 0.58% | 0.58% | 0.60% | 0.61% | 0.58% | 0.57% |
| Y/Y growth | | | | | 6.4% | -5.4% | -7.9% | -7.0% | -5.1% | 0.2% | -0.9% | -3.1% | -1.2% | 1.8% | 3.6% | | -3.7% | -2.4% |
| Q/Q growth | | 3.1% | 4.5% | -3.7% | 2.6% | -8.3% | 1.7% | -2.8% | 4.8% | -3.3% | 0.6% | -5.0% | 6.9% | -0.4% | 2.4% | | | |

Source: Wolfe Research, Company documents

**In vertical markets,** management noted return to growth in school solutions (as expected) and substantial improvement in the quarter with the lapsing of pandemic-era subsidies on lunches. Also, Xenial was noted as posting solid wins in the sports and entertainments areas, noting new signings with the Carolina Panthers and the Winnipeg Jets.

Please help us protect your advantage…
**DO NOT FORWARD**

**October 31, 2022**

**Within B2B payments**, key accomplishments during 3Q include MineralTree signing a deal with Grupo Bimbo, the largest B2B bookings signed to-date, generating record-breaking virtual card spend in the month of September. GPN also noted that it signed a referral agreement with Ramp to cross-sell expense management and card on file capabilities. Further, GPN enhanced its relationship with Visa to support its branded cards in the payables space.

**Issuer Solutions:** Revenues of $489mn were up 6% on a CC basis, versus our modeled +6%. Y/Y and LQ's 5.6%. On a reported basis, Issuer revenue was up 2% versus our modeled +2% and LQ's 2.8%. Management also called out Core Issuer CC growth of 4.2% (+4% LQ), which excludes Netspend B2B asset and Mineral Tree. As a reminder, GPN's Issuer Solutions segment now includes Netspend B2B assets, as of July 1, 2022. Management expects the segment is on track for continued core growth acceleration into year-end, following an acceleration into 3Q from 2Q, at relatively high incremental margin. Management also noted the conversion pipeline stands at a record post-merger of 75 million accounts.

**Exhibit 3 - GPN Variance Table**

| | | | | | | Wolfe Estimate | |
|---|---|---|---|---|---|---|---|
| GPN Variance Table ($mn) | F3Q22 | F2Q22 | Q/Q | F3Q21 | Y/Y (%) | F3Q22 | Difference |
| INCOME STATEMENT | | | | | | | |
| Merchant Solutiions | 1,450 | 1,434 | 1% | 1,289 | 13% | 1,465 | -1% |
| Issuer Solutions | 489 | 459 | 7% | 446 | 10% | 468 | 4% |
| Business & Consumer Solutions | 143 | 188 | -24% | 227 | -37% | 197 | -28% |
| Adjusted net revenue | $2058 | $2058 | 0% | $1941 | 6% | $2108 | -2% |
| | | | | | | | |
| Adjusted cost of service | 547 | 328 | 67% | 551 | NA | 585 | -7% |
| Adjusted selling, general and administrative | 581 | 117 | 395% | 579 | NA | 601 | -3% |
| Adjusted operating expenses | 1,128 | 1,156 | -2% | 1,130 | 0% | 1,185 | -5% |
| | | | | | | | |
| Adjusted operating income | 931 | 902 | 3% | 810 | 15% | 922 | 1% |
| Margin (%) | 45% | 44% | 1% | 42% | 3% | 44% | 1% |
| | | | | | | | |
| Non-GAAP net interest and other income/expense | -98 | -96 | 2% | -75 | 30% | -114 | -14% |
| Non-GAAP income before income taxes | 833 | 806 | 3% | 735 | 13% | 808 | 3% |
| Income Tax Provision (Benefit) | -183 | -155 | 18% | -144 | 26% | -162 | 13% |
| Tax Rate | 22% | 19% | 3% | 20% | 2% | 20% | 2% |
| Adjusted net income | 650 | 651 | 0% | 591 | 10% | 647 | 1% |
| Less: Net income attributable to noncontrolling interests, net of tax | 33 | 6 | 464% | 12 | 167% | 12 | NA |
| Adjusted net income attributable to Global Payments | 683 | 657 | 4% | 603 | 13% | 659 | 4% |
| | | | | | | | |
| Adjusted diluted earnings per share | $2.48 | $2.36 | 5.2% | $2.04 | 21.8% | $2.41 | 3% |

Source: Wolfe Research, Company documents, Factset

Please help us protect your advantage...
**DO NOT FORWARD**



**October 31, 2022**

## Exhibit 4 - GPN Model

| GPN / FYE 12/31 | C1Q20 3/30/2020 | C2Q20 6/30/2020 | C3Q20 9/30/2020 | C4Q20 12/31/2020 | C1Q21 3/30/2021 | C2Q21 6/30/2021 | C3Q21 9/30/2021 | C4Q21 12/31/2021 | C1Q22 3/30/2022 | C2Q22 6/30/2022 | C3Q22 9/30/2022 | C4Q22E 12/31/2022 | C1Q23E 3/30/2023 | C2Q23E 6/30/2023 | C3Q23E 9/30/2023 | C4Q23E 12/31/2023 | C1Q24E 3/30/2024 | C2Q24E 6/30/2024 | C3Q24E 9/30/2024 | C4Q24E 12/31/2024 | 2021 12/31/2021 | 2022E 12/31/2022 | 2023E 12/31/2023 | 2024E 12/31/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Income Statement** | | | | | | | | | | | | | | | | | | | | | | | | |
| Merchant Solutions | 1,215.3 | 1,001.6 | 1,244.0 | 1,227.6 | 1,267.9 | 1,426.8 | 1,495.9 | 1,475.0 | 1,473.0 | 1,581.7 | 1,596.3 | 1,576.8 | 1,533.7 | 1,660.2 | 1,708.1 | 1,710.8 | 1,641.1 | 1,776.4 | 1,827.6 | 1,839.1 | 5,666 | 6,228 | 6,613 | 7,084 |
| Issuer Solutions | 503.8 | 470.0 | 487.4 | 520.2 | 500.3 | 505.9 | 522.2 | 537.6 | 511.5 | 534.5 | 566.0 | 573.1 | 523.0 | 554.1 | 595.4 | 610.4 | 554.4 | 587.3 | 631.1 | 647.0 | 2,066 | 2,185 | 2,283 | 2,420 |
| Business & Consumer Solutions | 203.9 | 216.7 | 204.1 | 204.7 | 243.6 | 227.4 | 207.7 | 207.8 | 195.8 | 187.6 | 147.3 | 201.6 | 195.8 | 198.9 | 153.2 | 209.7 | 195.8 | 210.8 | 159.4 | 218.0 | 886 | 732 | 758 | 784 |
| Intersegment Eliminations | (19.4) | (16.4) | (17.7) | (22.3) | (21.7) | (22.6) | (23.4) | (26.5) | (24.0) | (22.9) | (27.7) | (25.2) | (25.7) | (26.0) | (29.2) | | (94) | (97) | (101) | (106) | | | | |
| **GAAP Revenue** | **1,903.6** | **1,672.0** | **1,917.8** | **1,930.2** | **1,990.0** | **2,137.4** | **2,202.3** | **2,194.0** | **2,156.3** | **2,280.9** | **2,285.4** | **2,325.5** | **2,228.4** | **2,388.8** | **2,431.8** | **2,503.2** | **2,366.0** | **2,548.9** | **2,592.1** | **2,675.0** | **8,524** | **9,048** | **9,552** | **10,182** |
| **Adjustments** | | | | | | | | | | | 0.0 | | | | | | | | | | | | | |
| Merchant Solutions | (113.9) | (95.9) | (118.6) | (115.3) | (118.1) | (138.0) | (138.3) | (135.1) | (135.8) | (147.8) | (146.3) | (144.4) | (141.4) | (155.1) | (156.5) | (156.6) | (151.3) | (166.0) | (167.5) | (168.4) | -529.4 | -574.3 | -579.9 | -653.2 |
| Issuer Solutions | (61.8) | (55.8) | (54.0) | (63.2) | (60.9) | (59.5) | (64.4) | (74.7) | (69.0) | (75.4) | (76.9) | (79.7) | (70.5) | (78.2) | (80.9) | (84.8) | (74.7) | (82.9) | (85.7) | (89.9) | -259.5 | -300.9 | -302.5 | -333.3 |
| Business & Consumer Solutions | - | 0.7 | 0.7 | - | - | 0.0 | 0.0 | (0.0) | - | - | (4.7) | (0.0) | - | - | (4.9) | (0.0) | - | - | (5.1) | (0.0) | 0.0 | -4.8 | -4.8 | -5.2 |
| Intersegment Eliminations | 1.0 | 0.7 | 0.7 | 0.7 | 1.1 | 0.7 | 0.7 | 0.7 | 1.2 | 0.7 | 0.8 | 0.7 | 1.2 | 0.8 | 0.9 | 0.8 | 3.2 | 3.4 | 3.4 | 3.7 | | | | |
| Merchant Solutions | 1,101.3 | 905.7 | 1,125.4 | 1,112.3 | 1,149.8 | 1,288.7 | 1,357.6 | 1,340.0 | 1,337.2 | 1,433.9 | 1,450.0 | 1,432.4 | 1,392.3 | 1,505.1 | 1,551.5 | 1,554.2 | 1,489.7 | 1,610.5 | 1,660.1 | 1,670.7 | 5,136.1 | 5,653.6 | 6,003.1 | 6,431.1 |
| Issuer Solutions | 442.0 | 414.2 | 433.4 | 457.0 | 439.4 | 446.4 | 457.8 | 462.9 | 442.5 | 459.1 | 489.1 | 493.5 | 452.5 | 475.9 | 514.5 | 525.6 | 479.7 | 504.5 | 545.4 | 557.1 | 1,806.4 | 1,884.2 | 1,968.5 | 2,086.6 |
| Business & Consumer Solutions | 203.9 | 216.7 | 204.1 | 204.7 | 243.6 | 227.4 | 207.7 | 207.8 | 195.8 | 187.6 | 142.6 | 201.6 | 195.8 | 198.9 | 148.3 | 209.6 | 195.8 | 210.8 | 154.2 | 218.0 | 886.4 | 727.6 | 752.6 | 778.8 |
| Intersegment Eliminations | (18.4) | (15.7) | (17.0) | (21.6) | (20.6) | (21.9) | (22.7) | (25.8) | (22.9) | (22.2) | (23.5) | (25.4) | (23.0) | (23.6) | (24.1) | (27.0) | (24.0) | (24.9) | (25.2) | (28.4) | (91.0) | (94.0) | (97.6) | (102.4) |
| **Adjusted Net Revenue** | **1,728.9** | **1,520.9** | **1,745.9** | **1,752.4** | **1,812.2** | **1,940.5** | **2,000.3** | **1,984.9** | **1,952.7** | **2,058.5** | **2,058.2** | **2,102.1** | **2,017.6** | **2,156.3** | **2,190.3** | **2,262.4** | **2,141.2** | **2,300.9** | **2,334.6** | **2,417.5** | **$ 7,738.0** | **$ 8,171.4** | **$ 8,626.6** | **$ 9,194.1** |
| *Y/Y (%) Reported* | *0.2%* | *-14.2%* | *-4.1%* | *-2.9%* | *4.8%* | *27.6%* | *14.6%* | *13.3%* | *7.7%* | *6.1%* | *2.9%* | *5.9%* | *3.3%* | *4.8%* | *6.4%* | *7.6%* | *6.1%* | *6.7%* | *6.6%* | *6.9%* | *14.7%* | *5.6%* | *5.6%* | *6.6%* |
| *Y/Y (%) FXN* | | | | | | | | | *8.6%* | *8.3%* | *5.7%* | *9.2%* | *6.4%* | *6.9%* | *7.5%* | *7.6%* | *6.1%* | *6.7%* | *6.6%* | *6.9%* | | *7.9%* | *7.1%* | *6.6%* |
| **GAAP Operating expenses:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Cost of service | 933.9 | 893.7 | 900.9 | 922.2 | 925.2 | 936.3 | 944.2 | 968.0 | 957.2 | 962.3 | 931.2 | 588.6 | 564.9 | 601.6 | 611.1 | 628.9 | 601.7 | 646.5 | 656.0 | 676.9 | 3,773.7 | 3,439.3 | 2,406.6 | 2,581.1 |
| Selling, general and administrative | 725.7 | 670.6 | 726.5 | 756.0 | 789.5 | 838.6 | 858.1 | 905.0 | 823.1 | 863.2 | 918.8 | 599.1 | 544.8 | 582.2 | 591.4 | 610.8 | 578.1 | 609.7 | 607.0 | 652.7 | 3,391.2 | 3,204.2 | 2,329.2 | 2,447.6 |
| GAAP operating expenses | 1,659.6 | 1,564.4 | 1,627.4 | 1,678.2 | 1,714.7 | 1,774.9 | 1,802.3 | 1,873.0 | 1,780.3 | 2,810.8 | 2,835.3 | 1,187.0 | 1,109.7 | 1,183.8 | 1,202.5 | 1,239.8 | 1,179.8 | 1,256.3 | 1,263.0 | 1,329.6 | 7,164.9 | 8,614.0 | 4,735.7 | 5,028.7 |
| GAAP operating income | 244.0 | 107.6 | 290.4 | 252.0 | 275.3 | 362.6 | 400.1 | 321.0 | 375.9 | (529.9) | (549.9) | 1,137.8 | 1,118.7 | 1,205.0 | 1,229.3 | 1,263.4 | 1,186.2 | 1,292.6 | 1,329.1 | 1,345.4 | 1,358.9 | 433.9 | 4,816.4 | 5,153.3 |
| GAAP EBIT margin | 12.8% | 6.4% | 15.1% | 13.1% | 13.8% | 17.0% | 18.2% | 14.6% | 17.4% | -23.2% | -24.1% | 48.9% | 50.2% | 50.4% | 50.6% | 50.5% | 50.1% | 50.7% | 51.3% | 50.3% | 15.9% | 4.8% | | 202.4% |
| Adjustments - COS | (384.7) | (386.5) | (56.3) | (382.7) | (391.2) | (385.4) | (383.1) | (397.0) | (401.5) | (634.5) | (384.6) | - | - | - | - | - | - | - | - | - | (1,556.7) | (1,420.6) | - | - |
| Adjustments - SG&A | (220.8) | (219.2) | (118.1) | (269.5) | (246.4) | (259.2) | (274.5) | (324.6) | (228.6) | (745.9) | (337.7) | - | - | - | - | - | - | - | - | - | (1,104.7) | (1,312.2) | - | - |
| **Non-GAAP operating expenses:** | | | | | | | | | | | | | | | | | | | | | | | | |
| Adjusted cost of service | 549.2 | 507.2 | 527.3 | 539.5 | 534.0 | 550.9 | 561.1 | 571.0 | 555.7 | 327.8 | 546.6 | 588.6 | 564.9 | 601.6 | 611.1 | 628.9 | 601.7 | 646.5 | 656.0 | 676.9 | 2,217.0 | 2,018.7 | 2,406.6 | 2,581.1 |
| Adjusted selling, general and administrative | 504.9 | 451.5 | 500.9 | 486.2 | 543.1 | 579.4 | 583.6 | 580.4 | 594.5 | 117.3 | 581.1 | 599.1 | 544.8 | 582.2 | 591.4 | 610.8 | 578.1 | 609.7 | 607.0 | 652.7 | 2,286.5 | 1,892.0 | 2,329.2 | 2,447.6 |
| **Adjusted operating expenses** | **1,054.1** | **958.7** | **1,028.2** | **1,025.7** | **1,077.1** | **1,130.3** | **1,144.7** | **1,151.4** | **1,150.2** | **1,156.1** | **1,127.7** | **1,187.7** | **1,109.7** | **1,183.8** | **1,202.5** | **1,239.8** | **1,179.8** | **1,256.3** | **1,263.0** | **1,329.6** | **4,503.5** | **4,621.7** | **4,735.7** | **5,028.7** |
| | 61.0% | 63.0% | 58.9% | 58.5% | 59.4% | 58.2% | 57.2% | 58.0% | 58.9% | 56.2% | 54.8% | 56.5% | 55.0% | 54.9% | 54.9% | 54.8% | 55.1% | 54.6% | 54.1% | 55.0% | | | | |
| **Adjusted operating income** | **674.7** | **562.2** | **717.7** | **726.7** | **735.1** | **810.2** | **855.6** | **833.5** | **802.5** | **902.4** | **930.5** | **914.4** | **907.9** | **972.5** | **987.8** | **1,022.6** | **961.4** | **1,044.6** | **1,071.6** | **1,087.9** | **3,234.4** | **3,549.8** | **3,890.8** | **4,165.4** |
| *Margin (%)* | *39.0%* | *37.0%* | *41.1%* | *41.5%* | *40.6%* | *41.8%* | *42.8%* | *42.0%* | *41.1%* | *43.8%* | *45.2%* | *43.5%* | *45.0%* | *45.1%* | *45.1%* | *45.2%* | *44.9%* | *45.4%* | *45.9%* | *45.0%* | *41.8%* | *43.4%* | *45.1%* | *45.3%* |
| *Expansion* | *39.0%* | *37.0%* | *41.1%* | *3.2%* | *1.5%* | *4.8%* | *1.7%* | *0.5%* | *0.5%* | *2.1%* | *2.4%* | *1.5%* | *3.90%* | *1.26%* | *-0.11%* | *1.70%* | *-0.10%* | *0.30%* | *0.80%* | *-0.20%* | *2.1%* | *1.64%* | *1.66%* | *0.20%* |
| Interest and other income | 2.5 | 2.8 | 30.0 | 8.3 | 4.2 | 5.5 | 6.3 | 3.3 | 1.7 | 3.0 | 20.4 | 6.2 | 6.0 | 6.3 | 6.4 | 6.7 | 6.3 | 6.7 | 6.9 | 7.1 | 19.3 | 31.3 | 25.3 | 27.0 |
| Interest and other expense | (92.6) | (82.9) | (83.0) | (85.1) | (83.1) | (80.6) | (82.2) | (87.8) | (93.3) | (99.2) | (135.2) | (131.1) | (121.0) | (112.0) | (108.9) | (108.9) | (108.9) | (97.3) | (97.3) | (97.3) | (333.7) | (458.8) | (450.9) | (400.8) |
| GAAP net interest and other income/expense | (90.1) | (80.1) | (53.0) | (76.8) | (78.9) | (75.1) | (75.9) | (84.5) | (91.6) | (96.2) | (114.8) | (124.9) | (115.1) | (105.8) | (102.5) | (102.3) | (102.6) | (90.6) | (90.5) | (90.2) | (314.3) | (427.5) | (425.6) | (373.8) |
| GAAP income before income taxes | 153.8 | 27.5 | 237.4 | 175.2 | 196.4 | 287.5 | 324.2 | 236.5 | 284.4 | (626.1) | (664.7) | 1,012.9 | 1,003.6 | 1,099.2 | 1,126.9 | 1,161.1 | 1,083.6 | 1,202.1 | 1,238.6 | 1,255.2 | 1,044.5 | 6.5 | 4,390.8 | 4,779.5 |
| GAAP provision for taxes | (15.5) | (0.8) | (42.8) | (18.0) | (20.7) | (60.8) | (50.1) | (37.4) | (52.2) | (52.8) | 14.3 | (182.3) | (180.7) | (197.9) | (202.8) | (209.0) | (216.7) | (240.4) | (247.7) | (251.0) | (169.0) | (273.0) | (790.3) | (955.9) |
| GAAP tax rate | 10.1% | 3.0% | 18.0% | 10.3% | 10.5% | 21.2% | 15.5% | 15.8% | 18.4% | -8.4% | 2.2% | 18.0% | 18.0% | 18.0% | 18.0% | 18.0% | 20.0% | 20.0% | 20.0% | 20.0% | 16.2% | 4228.5% | 18.0% | 20.0% |
| GAAP net income | 138.3 | 26.7 | 194.6 | 157.2 | 175.7 | 226.6 | 274.1 | 199.1 | 232.2 | (678.9) | (650.4) | 830.6 | 823.0 | 901.4 | 924.0 | 952.1 | 866.9 | 961.6 | 990.9 | 1,004.2 | 875.5 | (266.6) | 3,600.5 | 3,823.6 |
| Less non-controlling interests | 5.2 | 10.7 | 26.4 | 25.4 | 21.0 | 36.9 | 22.6 | 9.4 | 12.6 | 5.9 | 5.9 | 8.4 | 8.2 | 7.1 | 7.4 | 7.8 | 7.6 | 7.5 | 7.6 | 7.6 | 89.9 | 32.7 | 30.4 | 30.2 |
| GAAP Adj. net income | 143.6 | 37.3 | 221.0 | 182.6 | 196.7 | 263.6 | 296.7 | 208.5 | 244.7 | (673.0) | (644.6) | 839.0 | 831.1 | 908.5 | 931.4 | 959.9 | 874.5 | 969.1 | 998.5 | 1,011.8 | 965.5 | (233.8) | 3,630.9 | 3,853.8 |
| **GAAP EPS** | **$ 0.48** | **$ 0.12** | **$ 0.74** | **$ 0.61** | **$ 0.66** | **$ 0.89** | **$ 1.01** | **$ 0.72** | **$ 0.87** | **$ (2.42)** | **$ (2.34)** | **$ 3.07** | **$ 3.06** | **$ 3.35** | **$ 3.45** | **$ 3.57** | **$ 3.27** | **$ 3.63** | **$ 3.75** | **$ 3.81** | **$ 3.29** | **$ (0.82)** | **$ 13.44** | **$ 14.45** |
| Adjustments | 6.7 | 2.0 | (24.7) | (0.4) | - | - | 0.3 | - | - | - | 16.9 | - | - | - | - | - | - | - | - | - | 0.3 | 16.9 | - | - |
| Non-GAAP net interest and other income/expense | (83.5) | (78.1) | (77.7) | (77.2) | (78.9) | (75.1) | (75.6) | (84.5) | (91.6) | (96.2) | (97.9) | (124.9) | (115.1) | (105.8) | (102.5) | (102.3) | (102.6) | (90.6) | (90.5) | (90.2) | (314.0) | (410.6) | (425.6) | (373.8) |
| Non-GAAP income before income taxes | 591.3 | 484.2 | 640.0 | 649.5 | 656.2 | 735.1 | 780.1 | 749.0 | 710.9 | 806.1 | 832.6 | 789.5 | 792.9 | 866.7 | 885.3 | 920.3 | 858.8 | 954.0 | 981.1 | 997.7 | 2,920.4 | 3,139.2 | 3,465.3 | 3,791.6 |
| Provision for income taxes | (121.07) | (98.98) | (127.90) | (122.70) | (128.70) | (144.40) | (150.10) | (142.50) | (139.30) | (155.06) | (182.50) | (157.91) | (158.57) | (173.35) | (177.06) | (184.07) | (171.75) | (190.81) | (196.22) | (199.53) | (565.70) | (634.76) | (693.05) | (758.32) |
| Adjusted Tax Rate | 20.5% | 20.4% | 20.0% | 18.9% | 19.6% | 19.6% | 19.2% | 19.0% | 19.6% | 19.2% | 21.9% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 20.0% | 19.4% | 20.2% | 20.0% | 20.0% |
| Adjusted net income | 470.2 | 385.2 | 512.1 | 526.8 | 527.5 | 590.7 | 630.0 | 606.5 | 571.6 | 651.1 | 650.1 | 631.6 | 634.3 | 693.4 | 708.3 | 736.3 | 687.0 | 763.2 | 784.9 | 798.1 | 2,354.7 | 2,504.4 | 2,772.2 | 3,033.3 |
| Less: Net income attributable to noncontrolling interests, net of tax | 3.6 | 9.1 | 1.7 | 13.7 | 13.8 | 12.4 | 7.3 | 8.2 | 13.2 | 5.9 | 33.1 | 11.0 | 8.0 | 6.0 | 5.0 | 5.0 | 2.0 | 2.0 | 2.0 | 2.0 | 41.7 | 63.2 | 24.0 | 8.0 |
| Adjusted net income attributable to Global Payments | $ 473.9 | $ 394.3 | $ 513.8 | $ 540.5 | $ 541.4 | $ 603.1 | $ 637.3 | $ 614.7 | $ 584.8 | $ 656.9 | $ 683.2 | $ 642.6 | $ 642.3 | $ 699.4 | $ 713.3 | $ 741.3 | $ 689.0 | $ 765.2 | $ 786.9 | $ 800.1 | $ 2,396.5 | $ 2,567.6 | $ 2,796.2 | $ 3,041.3 |
| **Adjusted diluted earnings per share** | **$ 1.58** | **$ 1.31** | **$ 1.71** | **$ 1.80** | **$ 1.82** | **$ 2.04** | **$ 2.18** | **$ 2.13** | **$ 2.07** | **$ 2.36** | **$ 2.48** | **$ 2.35** | **$ 2.36** | **$ 2.58** | **$ 2.65** | **$ 2.76** | **$ 2.57** | **$ 2.86** | **$ 2.95** | **$ 3.01** | **$ 8.16** | **$ 9.26** | **$ 10.35** | **$ 11.40** |
| Basic shares weighted (GAAP) | 299 | 299 | 299 | 299 | 296 | 295 | 292 | 288 | 282 | 278 | 275 | 273 | 272 | 270 | 269 | 268 | 267 | 267 | 266 | 265 | 292.7 | 277.0 | 269.9 | 266.4 |
| Diluted shares weighted (GAAP) | 301 | 300 | 300 | 300 | 298 | 296 | 293 | 288 | 283 | 278 | 275 | 273 | 272 | 271 | 270 | 269 | 268 | 267 | 266 | 266 | 293.7 | 277.4 | 270.3 | 266.8 |

Source: Wolfe Research estimates

Please help us protect your advantage... **DO NOT FORWARD**

**WOLFE RESEARCH**

# DISCLOSURE SECTION

**Analyst Certification:**

The various Wolfe Research, LLC analysts who are primarily responsible for this research report certify that (i) the recommendations and opinions expressed in this research report accurately reflect the research analysts' personal views about the subject securities or issuers and (ii) no part of the research analysts' compensation was, is or will be directly or indirectly related to the specific recommendations or views contained in this report.

**Important Disclosures:**

**Price Chart(s) with Ratings and Target Price History**



Global Payments, Inc. Rating History as of 10/28/2022

Outperform (OP); Peer Perform (PP); Underperform (UP); Not Rated (NR); Initiation of Coverage (I); Discontinuation of Coverage (D)

**Wolfe Research, LLC Fundamental Valuation Methodology:**

| Company: | Fundamental Valuation Methodology: |
|---|---|
| Global Payments, Inc. | Our YE23PT of $150 is predicated on ~13x CY24E adj. EPS of $11.40 |

**Wolfe Research, LLC Fundamental Recommendation, Rating and Target Price Risks:**

| Company: | Risks That May Impede Achievement of the Recommendation, Rating or Target Price: |
|---|---|
| Global Payments, Inc. | Downside Risk: A slowdown in macroeconomic trends impacting the secular shift toward electronic payments and the prospect of increased litigation and/or regulatory activity pose the greatest risks to our price target. |

**Wolfe Research, LLC Research Disclosures:**

| Company: | Research Disclosures: |
|---|---|
| Global Payments, Inc. | None |

**Other Disclosures:**
**Wolfe Research, LLC Fundamental Stock Ratings Key:**

Please help us protect your advantage...
**DO NOT FORWARD**

# WOLFE
## RESEARCH

| | |
|---|---|
| Outperform (OP): | The security is projected to outperform analyst's industry coverage universe over the next 12 months. |
| Peer Perform (PP): | The security is projected to perform approximately in line with analyst's industry coverage universe over the next 12 months. |
| Underperform (UP): | The security is projected to underperform analyst's industry coverage universe over the next 12 months. |

Effective August 1, 2022, Wolfe Research, LLC will no longer publish target prices for Peer Perform rated companies.

Wolfe Research, LLC uses a relative rating system using terms such as Outperform, Peer Perform and Underperform (see definitions above). Please carefully read the definitions of all ratings used in Wolfe Research, LLC research. In addition, since Wolfe Research, LLC research contains more complete information concerning the analyst's views, please carefully read Wolfe Research, LLC research in its entirety and not infer the contents from the ratings alone. In all cases, ratings (or research) should not be used or relied upon as investment advice and any investment decisions should be based upon individual circumstances and other considerations.

**Wolfe Research, LLC Industry Weighting System:**

| | |
|---|---|
| Market Overweight (MO): | Expect the industry to outperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |
| Market Weight (MW): | Expect the industry to perform approximately in line with the primary market index for the region (S&P 500 in the U.S.) over the next 12 months. |
| Market Underweight (MU): | Expect the industry to underperform the primary market index for the region (S&P 500 in the U.S.) by at least 10% over the next 12 months. |

**Wolfe Research, LLC Distribution of Fundamental Stock Ratings (As of October 31, 2022):**

| | | |
|---|---|---|
| Outperform: | 51% | 8% Investment Banking Clients within the previous 12 months |
| Peer Perform: | 39% | 6% Investment Banking Clients within the previous 12 months |
| Underperform: | 10% | 2% Investment Banking Clients within the previous 12 months |

Wolfe Research, LLC does not assign ratings of Buy, Hold or Sell to the stocks it covers. Outperform, Peer Perform and Underperform are not the respective equivalents of Buy, Hold and Sell but represent relative weightings as defined above. To satisfy regulatory requirements, Outperform has been designated to correspond with Buy, Peer Perform has been designated to correspond with Hold and Underperform has been designated to correspond with Sell.

Wolfe Research Securities and Wolfe Research, LLC have adopted the use of Wolfe Research and The Wolfe Daily Howl as brand names. Wolfe Research Securities, a member of FINRA (www.finra.org) and the National Futures Association, is the broker-dealer affiliate of Wolfe Research, LLC. Wolfe Research Securities is responsible for the contents of this material. Any analysts publishing these reports are associated with each of Wolfe Research, LLC and Wolfe Research Securities.

The Wolfe Daily Howl is a subscription-based service for Institutional investor subscribers only and is a product of Wolfe Research, LLC. The products received may contain previously published research which has been repackaged for Wolfe Daily Howl subscribers. The types of services provided to you by Wolfe Research, LLC, vary as compared to that provided to other external clients of Wolfe Research. Wolfe Research, LLC, its affiliates, officers, directors, employees and agents will not be liable for any investment decisions made or actions taken by you or others based on any news, information, opinion, or any other material published through this service.

**WOLFE**
**R E S E A R C H**

The content of this report is to be used solely for informational purposes and should not be regarded as an offer, or a solicitation of an offer, to buy or sell a security, financial instrument or service discussed herein. Opinions in this communication constitute the current judgment of the authors as of the date and time of this report and are subject to change without notice. Information herein is believed to be reliable but Wolfe Research and its affiliates, including but not limited to Wolfe Research Securities, makes no representation that it is complete or accurate. The information provided in this communication is not designed to replace a recipient's own decision-making processes for assessing a proposed transaction or investment involving a financial instrument discussed herein. Recipients are encouraged to seek financial advice from their financial advisor regarding the appropriateness of investing in a security or financial instrument referred to in this report and should understand that statements regarding the future performance of the financial instruments or the securities referenced herein may not be realized. Past performance is not indicative of future results. This report is not intended for distribution to, or use by, any person or entity in any location where such distribution or use would be contrary to applicable law, or which would subject Wolfe Research, LLC or any affiliate to any registration requirement within such location. For additional important disclosures, please see https://www.WolfeResearch.com/Disclosures.

The views expressed in Wolfe Research, LLC research reports with regards to sectors and/or specific companies may from time to time be inconsistent with the views implied by inclusion of those sectors and companies in other Wolfe Research, LLC analysts' research reports and modeling screens. Wolfe Research communicates with clients across a variety of mediums of the clients' choosing including emails, voice blasts and electronic publication to our proprietary website.

Copyright © Wolfe Research, LLC 2022. All rights reserved. All material presented in this document, unless specifically indicated otherwise, is under copyright to Wolfe Research, LLC. None of the material, nor its content, nor any copy of it, may be altered in any way, or transmitted to or distributed to any other party, without the prior express written permission of Wolfe Research, LLC.

This report is limited for the sole use of clients of Wolfe Research. Authorized users have received an encryption decoder which legislates and monitors the access to Wolfe Research, LLC content. Any distribution of the content produced by Wolfe Research, LLC will violate the understanding of the terms of our relationship.

Please help us protect your advantage...
**DO NOT FORWARD**