# Exhibit 4

# RESEARCH BRIEF

**Stephens**

**November 1, 2022**

**Charles Nabhan, Analyst**
617-319-9693, charles.nabhan@stephens.com

**Alex Neumann, Associate**

| Changes | Previous | Current |
|---|---|---|
| Rating | -- | Overweight(Vol) |
| Target Price | $155.00 | $135.00 |

| | |
|---|---|
| Price: | $114.26 |
| Fully Diluted Shares Out (mil.): | 277.16 |
| 52-Week High: | $152.87 |
| 52-Week Low: | $104.23 |
| Market Cap (mil.): | $31,668.6 |
| Fiscal Year End: | Dec |

| | |
|---|---|
| Average Daily Volume: | 2,654,341 |
| Float: | 98.9% |
| Debt/Cap: | 38.0% |
| Cash/Shr: | $6.79 |
| Dividend/Yield: | $1.00/0.8% |
| Book Value/Shr: | $83.83 |

| EPS | 2021A | 2022E | 2023E |
|---|---|---|---|
| Mar | $0.66A | $0.87A | $1.33 |
| *Prev.* | -- | -- | *$1.29* |
| Jun | $0.89A | ($2.42)A | $1.47 |
| *Prev.* | -- | -- | *$1.46* |
| Sep | $1.01A | $1.05A | $1.57 |
| *Prev.* | -- | *$1.40* | -- |
| Dec | $0.72A | $0.99 | $1.65 |
| *Prev.* | -- | *$1.35* | *$1.63* |
| FY | $3.29A | $0.47 | $6.00 |
| *Prev.* | -- | *$1.16* | *$5.94* |
| P/E | 34.7x | NM | 19.0x |

| PF EPS | 2021A | 2022E | 2023E |
|---|---|---|---|
| Mar | $1.82A | $2.07A | $2.38 |
| *Prev.* | -- | -- | *$2.44* |
| Jun | $2.04A | $2.36A | $2.55 |
| *Prev.* | -- | -- | *$2.62* |
| Sep | $2.18A | $2.48A | $2.68 |
| *Prev.* | -- | *$2.50* | *$2.76* |
| Dec | $2.13A | $2.41 | $2.78 |
| *Prev.* | -- | *$2.49* | *$2.84* |
| FY | $8.16A | $9.32 | $10.39 |
| *Prev.* | -- | *$9.41* | *$10.64* |
| P/E | 14.0x | 12.3x | 11.0x |

| Net_Revenue | 2021A | 2022E | 2023E |
|---|---|---|---|
| FY | 7,738.00A | 8,097.00 | 8,966.00 |
| *Prev.* | -- | *7,903.10* | *8,371.10* |
| | -- | -- | -- |

Global Payments is a leading payment technology provider offering both software and services in domestic and international markets to 4M+ merchants and 1,350 FIs.

## Global Payments Inc.
GPN – NYSE

**Overweight (Volatile)**
**Reason for Report:** Target Price Change, Estimate Changes, Analysis of Sales/Earnings

## GPN 3Q Follow-Up; Noisy, Mixed Qtr but Cycle-Guide Still Intact

**INVESTMENT CONCLUSION:**
Despite numerous moving parts as well as a deceleration in Y/Y growth, core results were roughly in-line with expectations as GPN reiterated CC guidance ex-an add'l $0.13 FX headwind. The qtr included several positives including strength in higher margin tech-enabled solutions, B2B and commercial card, as well as several new bookings across segments. However, weakness in Asia and Europe, as well as in-line volume growth vs. networks (despite higher concentrations in credit, which outperformed) were negatives that perpetuated concerns around SMB and int'l exposure. We attribute the result vs. networks to lower travel exposure as opposed to broader weakness, and continue to view GPN as on-track to meet cycle guidance, given traction on key initiatives, demand for value-add solutions and synergies from EVOP. **Revisions:** FY'22/'23 adj. EPS revised from $9.41/$10.64 to $9.32/$10.39 (see table for GAAP); Price target reduced to $135 from $155.

**KEY POINTS:**
- **Merchant:** eComm (+mid-teens%), POS Software(+29%), Vertical Markets (+DD%) drove 11% CC volume growth ex Russia, as adj revenue of $1.45B came in slightly below expectations of $1.48B. Mgmt noted weakness in the UK and Asia, though the lapsing of school lunch subsidies and double-digit growth in real estate (Zygo) provided a tailwind. Despite a weighting towards credit, GPN volumes (+11%) performed roughly in-line with networks, which we attribute to lower travel-related spend concentrations. The adj op margin increased +60bps and on track for 170bps in FY'22 due to growth in higher margin tech-enabled solutions.
- **Issuer:** Issuer reported +2%/6% adj./cc rev growth driven by 25% commercial card transactions. Core issuer grew 4.2% CC and maintains 75M AOF implementation pipeline (ex-Caixa), which should deliver mid-HSD CC rev growth in '22. Margin improved 310 bps y/y to 46.4% vs. 44% expected as Core Issuer (higher incremental margins) improved sequentially from 2Q'22. B2B offering continues to gain traction, with MineralTree growing +20%.
- **FCF/Capital Allocation**. Following a $4B debt issuance and $3B paydown, GPN ended the qtr w/ leverage of 3.1x and $3.5B in liquidity. We expect GPN to end 1Q'23 and FY'23 w/ leverage of 3.9x and ~3.0x respectively, while exploring M&A opportunities in the interim. With FCF conversion of 94% (~80%) YTD, we expect 4Q seasonality to drive FY conversion towards 100%.
- **Overall.** Total adj rev/EPS $2.06B (+3%)/$2.48 vs. Street at $2.04B/$2.48, Margin expanded 240bps to 45.2% (vs. est. of 44.6%), exceeding expectations due to higher margin software rev. CC Guide for 10%-11% CC adj net revenue growth/EPS of $9.53-$9.75 reiterated, w/ margin guide lifted by 20bps.

**See important disclosures and analyst certification on pages 3 - 4 of this report. To access current disclosures for other Stephens Inc. covered companies, clients may refer to https://stephens2.bluematrix.com/sellside/Disclosures.action.**

© 2022 Stephens Inc.

**Global Payments, Inc.**
**Historical and Projected Income Statement**
(Dollars in Millions, except per share)

| | FYE CY21A | For the Quarter Ended 3/31/22A | 6/30/22A | 9/30/22A | 12/31/22E | FYE CY22E | For the Quarter Ended 3/31/23E | 6/30/23E | 9/30/23E | 12/31/23E | FYE CY23E |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Merchant Solutions | 5,136.1 | 1,337.2 | 1,433.9 | 1,450.0 | 1,420.4 | 5,641.5 | 1,484.3 | 1,606.0 | 1,624.0 | 1,576.6 | 6,290.9 |
| Issuer Solutions | 1,806.4 | 442.5 | 459.1 | 489.1 | 495.3 | 1,886.0 | 493.1 | 503.1 | 530.3 | 533.6 | 2,060.0 |
| Business and Consumer Solutions | 886.4 | 195.8 | 187.6 | 142.6 | 135.1 | 661.1 | 195.8 | 187.6 | 142.6 | 135.1 | 661.1 |
| Intersegment Eliminations | (91.0) | (22.9) | (22.2) | (23.5) | (23.5) | (92.1) | (11.5) | (11.1) | (11.8) | (11.8) | (46.0) |
| | | | | | | | | | | | - |
| **Total Adjusted Revenue** | **7,738.0** | **1,952.6** | **2,058.5** | **2,058.2** | **2,027.3** | **8,096.5** | **2,161.7** | **2,285.6** | **2,285.1** | **2,233.5** | **8,966.0** |
| **Adj Rev ex Consumer (Stephens est.)** | **6,985.7** | **1,787.8** | **1,900.7** | **1,941.6** | **1,917.4** | **7,547.6** | **1,965.9** | **2,098.0** | **2,142.5** | **2,098.4** | **8,304.8** |
| | | | | | | | | | | | |
| Cost of Service | 2,989.9 | 753.5 | 739.8 | 704.0 | 729.8 | 2,927.1 | 707.7 | 723.8 | 745.6 | 734.5 | 2,911.6 |
| SG&A | 2,994.8 | 767.8 | 792.9 | 763.8 | 770.4 | 3,094.8 | 727.4 | 808.1 | 814.2 | 776.4 | 3,126.1 |
| Total Costs | 5,984.7 | 1,521.3 | 2,518.0 | 1,467.8 | 1,500.2 | 7,007.3 | 1,435.1 | 1,531.9 | 1,559.7 | 1,510.9 | 6,037.7 |
| Operating EBIT | 1,753.3 | 431.3 | (459.6) | 590.4 | 527.1 | 1,089.2 | 530.8 | 566.1 | 582.8 | 587.6 | 2,267.2 |
| Interest and Other Income | 19.3 | 1.7 | 3.0 | 20.4 | 20.4 | 45.5 | 20.4 | 20.4 | 20.4 | 20.4 | 81.6 |
| Interest and Other Expense | (333.7) | (93.3) | (99.2) | (135.2) | (135.4) | (463.0) | (135.9) | (135.9) | (130.5) | (125.2) | (527.5) |
| | | | | | | | | | | | |
| EBT and Income of Equity Method Investments | 1,439.0 | 339.7 | (555.8) | 475.6 | 412.1 | 671.7 | 415.3 | 450.6 | 472.6 | 482.8 | 1,821.3 |
| Income Tax Expense | 247.9 | 63.3 | 66.8 | 90.7 | 78.3 | 299.1 | 78.9 | 85.6 | 89.8 | 91.7 | 346.1 |
| | | | | | | | | | | | |
| Income Before Equity in Income of Equity Method Investn | 1,191.0 | 276.4 | (622.6) | 384.9 | 333.8 | 372.6 | 336.4 | 365.0 | 382.8 | 391.1 | 1,475.3 |
| Equity in Income of Equity Method Investments | 112.4 | 17.5 | 13.8 | 42.8 | 42.8 | 116.9 | 21.0 | 21.0 | 21.0 | 21.0 | 84.0 |
| Less: Noncontrolling Interests | 22.4 | 4.9 | 7.9 | 9.7 | 9.7 | 32.3 | 7.9 | 7.9 | 7.9 | 7.9 | 31.6 |
| | | | | | | | | | | | |
| Operating Net Income | 1,281.0 | 289.0 | (616.8) | 418.0 | 366.9 | 457.1 | 349.5 | 378.1 | 395.9 | 404.2 | 1,527.7 |
| One time Charges (Gains) | 315.4 | 44.2 | 56.2 | 127.5 | 127.5 | 355.5 | - | - | - | - | - |
| Discontinued Operations | - | - | - | - | 27.4 | 27.4 | - | - | - | - | - |
| GAAP Net Income Attributable to GPN | 965.6 | 244.8 | (673.0) | 290.5 | 266.7 | 129.0 | 349.5 | 378.1 | 395.9 | 404.2 | 1,527.7 |
| | | | | | | | | | | | |
| Diluted Shares Outstanding | 293.7 | 282.6 | 278.5 | 275.4 | 269.4 | 276.5 | 263.4 | 257.4 | 251.4 | 245.4 | 254.4 |
| | | | | | | | | | | | |
| GAAP EPS | $ 3.29 | $ 0.87 | $ (2.42) | $ 1.05 | $ 0.99 | $ 0.47 | $ 1.33 | $ 1.47 | $ 1.57 | $ 1.65 | $ 6.00 |
| Operating EPS (a) | $ 4.36 | $ 1.02 | $ (2.21) | $ 1.52 | $ 1.36 | $ 1.65 | $ 1.33 | $ 1.47 | $ 1.57 | $ 1.65 | $ 6.00 |
| PF EPS | $ 8.16 | $ 2.07 | $ 2.36 | $ 2.48 | $ 2.41 | $ 9.32 | $ 2.38 | $ 2.55 | $ 2.68 | $ 2.78 | $ 10.39 |
| | | | | | | | | | | | |
| Operating Effective Tax Rate | 17.2% | 18.6% | -12.0% | 19.1% | 19.0% | 44.5% | 19.0% | 19.0% | 19.0% | 19.0% | 19.0% |
| | | | | | | | | | | | |
| **EBIT/EBITDA Reconciliations:** | | | | | | | | | | | |
| **PF EBIT** | **3,234.6** | **802.5** | **902.5** | **930.6** | **873.3** | **3,508.9** | **879.2** | **914.4** | **931.1** | **935.9** | **3,660.7** |
| Operating EBITDA | 3,450.2 | 863.8 | 955.7 | 993.0 | 929.7 | 3,742.1 | 940.4 | 975.7 | 992.4 | 997.2 | 3,905.6 |
| | | | | | | | | | | | |
| **Growth Rates:** | | | | | | | | | | | |
| Merchant Solutions - PF | 21.0% | 16.3% | 11.3% | 6.8% | 6.0% | 9.8% | 11.0% | 12.0% | 12.0% | 11.0% | 11.5% |
| Issuer Solutions - PF | 3.4% | 0.7% | 2.8% | 6.8% | 7.0% | 4.4% | 7.0% | 5.5% | 5.5% | 5.0% | 9.2% |
| Business and Consumer Solutions - PF | 6.9% | -19.6% | -17.5% | -31.3% | -35.0% | -25.4% | 0.0% | 0.0% | 0.0% | 0.0% | 0.0% |
| Intersegment Eliminations - PF | 25.1% | 11.3% | 1.2% | 3.5% | 3.0% | 1.2% | 0.0% | 0.0% | 0.0% | 0.0% | -50.0% |
| Total Revenue - PF | 14.7% | 7.7% | 6.1% | 2.9% | 2.1% | 4.6% | 0.7% | 1.9% | 4.1% | 3.5% | 2.6% |
| **PF EPS** | **27.6%** | **13.8%** | **16.0%** | **13.9%** | **13.2%** | **14.2%** | **15.2%** | **8.0%** | **8.1%** | **15.3%** | **11.4%** |
| | | | | | | | | | | | |
| **Margins:** | | | | | | | | | | | |
| COGS - Operating | 38.6% | 38.6% | 35.9% | 34.2% | 36.0% | 36.2% | 36.0% | 34.5% | 34.8% | 35.0% | 35.1% |
| GM - PF | 78.1% | 78.3% | 80.0% | 80.7% | 79.1% | 79.5% | 79.6% | 80.1% | 79.5% | 79.6% | 79.7% |
| SG&A - PF | 36.4% | 37.4% | 36.2% | 35.3% | 35.9% | 36.2% | 34.8% | 36.4% | 36.0% | 34.9% | 35.5% |
| Operating EBITDA | 44.6% | 44.2% | 46.4% | 48.2% | 45.9% | 46.2% | 47.8% | 46.5% | 46.3% | 47.5% | 47.0% |
| Operating EBITDA Margin Change YOY (bps) | 176 | 41 | 190 | 382 | 36 | 163 | 360 | 7 | (193) | 166 | 81 |
| Incremental Margins | 56.6% | 49.5% | 77.7% | 180.3% | 62.5% | 81.4% | 576.3% | 50.4% | -0.8% | 94.8% | 78.4% |
| PF EBITDA | 46.9% | 46.2% | 48.7% | 50.0% | 48.0% | 48.3% | 50.0% | 48.6% | 48.3% | 49.6% | 49.1% |
| Operating EBIT | 22.7% | 22.1% | -22.3% | 28.7% | 26.0% | 13.5% | 27.0% | 27.0% | 27.2% | 28.0% | 27.3% |
| **PF EBIT** | **41.8%** | **41.1%** | **43.8%** | **45.2%** | **43.1%** | **43.3%** | **44.7%** | **43.6%** | **43.5%** | **44.6%** | **44.1%** |
| PF EBIT Margin Change YOY (bps) | 207 | 53 | 209 | 244 | 107 | 154 | 362 | (26) | (176) | 152 | 74 |
| Incremental Margins | 55.9% | 48.0% | 78.3% | 129.7% | 93.3% | 76.5% | 576.6% | 30.1% | 0.6% | 88.0% | 72.8% |

*Source: Stephens Inc. Estimates and Company Reports.*

**Charles J Nabhan, Analyst, 617-319-9693**

## COMPANIES MENTIONED

EVO Payments, Inc. (EVOP - $33.69)

## APPENDIX A

### ANALYST CERTIFICATION

The analyst primarily responsible for the preparation of the content of this report certifies that (i) all views expressed in this report accurately reflect the analyst's personal views about the subject company and securities, and (ii) no part of the analyst's compensation was, is, or will be, directly or indirectly, related to the specific recommendations or views expressed by the analyst in this report.

### REQUIRED DISCLOSURES

The research analyst principally responsible for preparation of this report has received compensation that is based on the firm's overall revenue which includes investment banking revenue.

Stephens Inc. maintains a market in the common stock of Global Payments Inc. as of the date of this report and may act as principal in these transactions.



### Valuation Methodology for Global Payments Inc.

Our price target of $135 equates to a ~13x multiple of our '23 EPS estimate of $10.39

### Risks to Achievement of Target Price for Global Payments Inc.

**1) Macro.** A downturn in economic conditions due to the pandemic or other macro-related issues may decrease consumer spending and, therefore, volumes processed by the company. Additionally, an adverse impact on the economic health of SMBs could increase the attrition rate and impact financial results.

**2) Processing Outages.** Global Payments could experience system outages, resulting in unprocessed transactions. A continuation of outages could result in a loss or switching of clients to other payment processors or third parties.

**3) Regulatory and Interchange Fee Related Risk.** We believe that changes in the regulatory backdrop or changes in interchange fees set forth by the card networks could adversely impact financials.

**4) International Competition.** Over the last several years, there has been a substantial rise in third parties offering payment processing solutions to merchants. As the number of entrants increases, its pricing power and economic moat could affect its Merchants Solutions business.

**5) Software Acquisitions.** Global Payments differentiates from the other acquirers by purchasing software and embedding its payments capabilities into the platform. A failure to remain competitive surrounding its software partnerships could result in lower payment volume or the disposition of certain assets.

### Ratings Definitions

OVERWEIGHT (O) - The stock's total return is expected to be greater than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. EQUAL-WEIGHT (E) - The stock's total return is expected to be equivalent to the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. UNDERWEIGHT (U) - The stock's total return is expected to be less than the total return of the company's industry sector, on a risk-adjusted basis, over the next 12 months. VOLATILE (V) - The stock's price volatility is potentially higher than that of the company's industry sector. The company stock ratings may reflect the analyst's subjective assessment of risk factors that could impact the company's business.

**Research Brief**
**November 1, 2022**

## Distribution of Stephens Inc. Ratings

| Rating | Count | Percent | IB Serv./Past 12 Mos. Count | Percent |
|---|---|---|---|---|
| BUY [OW] | 232 | 58.73 | 43 | 18.53 |
| HOLD [EW] | 159 | 40.25 | 20 | 12.58 |
| SELL [UW] | 4 | 1.01 | 0 | 0.00 |

## OTHER DISCLOSURES

Certain investment programs offered by Stephens to clients sometimes engage in purchases or sales of securities that are consistent or inconsistent with Research Analyst recommendations. These programs are managed on a discretionary basis, or provide investment recommendations, by program managers in the exercise of their independent judgment and analysis. Stephens' directors, officers and employees are allowed to participate in these programs subject to established account minimums and applicable compliance restrictions.

This report has been prepared solely for informative purposes as of its stated date and is not a solicitation, or an offer, to buy or sell any security. It does not purport to be a complete description of the securities, markets or developments referred to in the material. Information included in the report was obtained from internal and external sources which we consider reliable, but we have not independently verified such information and do not guarantee that it is accurate or complete. Such information is believed to be accurate on the date of issuance of the report, and all expressions of opinion apply on the date of issuance of the report. No subsequent publication or distribution of this report shall mean or imply that any such information or opinion remains current at any time after the stated date of the report. We do not undertake to advise you of any changes in any such information or opinion. Additional risk factors as identified by the Subject Company and filed with the Securities and Exchange Commission may be found on EDGAR at www.sec.gov. Prices, yields, and availability are subject to change with the market. Nothing in this report is intended, or should be construed, as legal, accounting, regulatory or tax advice. Any discussion of tax attributes is provided for informational purposes only, and each investor should consult his/her/its own tax advisors regarding any and all tax implications or tax consequences of any investment in securities discussed in this report. From time to time, our research reports may include discussions about potential short-term trading opportunities or market movements that may or may not be consistent with Stephens' long-term investment thesis, rating, or price target. Please note that we provide supplemental news and analysis in Quick Take blogs available to clients on our website. *If applicable, when reading research on Business Development Companies, you should consider carefully the investment objectives, charges, risks, fees and expenses of the investment company before investing. The prospectus, and, if available, the summary prospectus, contain this and other information about the investment company. You can obtain a current prospectus, and, if available, a summary prospectus, by calling your financial consultant. Please read the prospectus, and, if available, the summary prospectus, carefully before investing as it contains information about the previous referenced factors and other important information. Also, please note other reports filed with the Securities and Exchange Commission by the relevant investment company at www.sec.gov.* Please also note that the report may include one or more links to external or third-party websites. Stephens Inc. has not independently verified the information contained on such websites and can provide no assurance as to the reliability of such information, and there can be no assurance that any opinions expressed on such websites reflect the opinions of Stephens Inc. or its management. Additional information available upon request.