# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

### 1:23-cv-00577-LMM
### Shafer v. Active Network LLC et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Chambers on 07/30/2024 via Zoom.

TIME COURT COMMENCED: 1:31 P.M.
TIME COURT CONCLUDED: 2:15 P.M.          COURT REPORTER: Montrell Vann
TIME IN COURT: 00:44                              DEPUTY CLERK: Brittany Poley
OFFICE LOCATION: Atlanta

| ATTORNEY(S) PRESENT: | James Evangelista representing David Keating<br>James Evangelista representing Mike Shafer<br>James Evangelista representing William Jeffrey Igoe<br>Andrea Farah representing David Keating<br>Andrea Farah representing Mike Shafer<br>Alesandra Greco representing David Keating<br>Alesandra Greco representing Mike Shafer<br>Benjamin Lee representing Active Network, LLC<br>Benjamin Lee representing Global Payments, Inc.<br>Benjamin Lee representing Cameron Bready<br>Benjamin Lee representing Jeff Sloan<br>Benjamin Lee representing Josh Whipple<br>Benjamin Lee representing Paul Todd<br>Jonathan Park representing David Keating<br>Jonathan Park representing Mike Shafer<br>Jonathan Park representing William Jeffrey Igoe |
|---|---|
| PROCEEDING CATEGORY: | Motion Hearing (Motion Hearing Non-evidentiary) |
| MOTIONS RULED ON: | [61] Motion for Settlement DENIED WITHOUT PREJUDICE |
| MINUTE TEXT: | The Court detailed its issues with Co-Lead Plaintiffs' Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class [61] and DENIED the motion without prejudice and with leave to re-file. |
| HEARING STATUS: | Hearing Concluded |