# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA

| | |
|---|---|
| MIKE SHAFER, DAVID KEATING, and WILLIAM JEFFREY IGOE, Individually and On Behalf of All Others Similarly Situated,<br><br>              Plaintiff,<br><br>   v.<br><br>GLOBAL PAYMENTS INC., ACTIVE NETWORK LLC, JEFF SLOAN, CAMERON BREADY, PAUL TODD, JOSH WHIPPLE, and ANDREA FACINI,<br><br>              Defendants. | Case No. 1:23-CV-00577-LMM<br><br>CLASS ACTION |

## CO-LEAD PLAINTIFFS' RENEWED MOTION FOR PRELIMINARY APPROVAL OF SETTLEMENT AND <u>APPROVAL OF NOTICE TO THE SETTLEMENT CLASS</u>

Co-Lead Plaintiffs Mike Shafer, David Keating and William Jeffrey Igoe ("Co-Lead Plaintiffs"), on behalf of themselves and the other members of the Settlement Class, respectfully submit this Renewed Motion for Preliminary Approval of Settlement and Approval of Notice to the Settlement Class (the "Motion").[1]

Co-Lead Plaintiffs will and hereby do move the Court for an order: (i) certifying the Settlement Class for settlement purposes only, appointing Co-Lead Plaintiffs as class representatives, and appointing Pomerantz LLP and Lowey Dannenberg, P.C., as class counsel; (ii) preliminarily approving the proposed Settlement of this class action; (iii) approving the parties' proposed form and method of notifying the Settlement Class of the action and the proposed Settlement and directing that such notice be disseminated to the Settlement Class; (iv) setting deadlines for Settlement Class members to exercise their rights in connection with the proposed Settlement; and (v) setting a hearing to consider whether the Court should grant final approval of the Settlement, dismiss claims against Defendants, approve the release of claims against all released parties, enter judgment, and award attorneys' fees and expenses to Co-Lead Counsel and awards to Co-Lead Plaintiffs.

---

[1] All capitalized terms not otherwise defined shall have the meanings given to them in the Stipulation and Agreement of Settlement, dated June 10, 2024 (the "Stipulation"), which is submitted herewith.

This motion is based upon the Brief in Support of Co-Lead Plaintiffs' Motion for Preliminary Approval of Class Action Settlement and Approval of Notice to the Settlement Class and the supporting Declaration of Jonathan D. Park, both filed concurrently herewith, all records and papers on file in this action, and any argument offered at a hearing on this motion.

A proposed form of order granting this Motion is filed concurrently herewith.

Respectfully submitted this 2nd day of August, 2024.

**POMERANTZ LLP**

<u>s/ Jonathan D. Park</u>

Jeremy A. Lieberman
(Admitted *Pro Hac Vice*)
Jonathan D. Park
(Admitted *Pro Hac Vice*)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jpark@pomlaw.com

*Counsel to Co-Lead Plaintiff William Jeffrey Igoe and Co-Lead Counsel for the Class*

**EVANGELISTA WORLEY, LLC**
James M. Evangelista
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350

Telephone: (404) 205-8400
jim@ewlawllc.com

*Counsel to Co-Lead Plaintiff William Jeffrey Igoe and Liaison Counsel for the Class*

**LOWEY DANNENBERG, P.C.**
Vincent Briganti
vbriganti@lowey.com
(Admitted *Pro Hac Vice*)
Andrea Farah
afarah@lowey.com
(Admitted *Pro Hac Vice*)
Alesandra Greco
agreco@lowey.com
(Admitted *Pro Hac Vice*)
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: 914/997-0500

*Counsel to Co-Lead Plaintiffs Mike Shafer and David Keating and Co-Lead Counsel for the Class*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on August 2, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

*/s/ Jonathan D. Park*
JONATHAN D. PARK