## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

MIKE SHAFER, DAVID KEATING, and WILLIAM JEFFREY IGOE, Individually and On Behalf of All Others Similarly Situated,

          Plaintiffs,

   v.

GLOBAL PAYMENTS INC., ACTIVE NETWORK LLC, JEFF SLOAN, CAMERON BREADY, PAUL TODD, JOSH WHIPPLE, and ANDREA FACINI,

          Defendants.

Case No. 1:23-CV-00577-LMM

CLASS ACTION

## CO-LEAD COUNSEL'S MOTION FOR
## <u>ATTORNEYS' FEES AND LITIGATION EXPENSES</u>

Co-Lead Counsel Pomerantz LLP and Lowey Dannenberg P.C. respectfully submit this Motion for Attorneys' Fees and Litigation Expenses (the "Motion").[1]

Pursuant to Federal Rules of Civil Procedure 23(e) and 23(h), and the Private Securities Litigation Reform Act of 1995, 15 U.S.C. § 78u-4(a)(4), Co-Lead Counsel will and hereby does move the Court, before the Honorable Leigh Martin May, on December 11, 2024, at 10:00 a.m. in Courtroom 2107 of the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, GA 30303-3309, or remotely per details that will be made publicly available on the Settlement website, or at such other location and time as set by the Court, for entry of an order (i) awarding attorneys' fees in the amount of 33.3% of the Settlement Fund, or $1,200,000, plus interest, (2) reimbursement of $53,474.16 for Litigation Expenses paid or incurred by Plaintiffs' Counsel, and (3) reimbursement of $37,500, total, for costs and expenses of Co-Lead Plaintiffs Mike Shafer, David Keating and William Jeffrey Igoe directly related to their representation of the Settlement Class, as authorized by the Private Securities Litigation Reform Act of 1995.

This motion is based upon the Brief in Support of Co-Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses and the supporting Declaration of

---

[1] All capitalized terms not otherwise defined shall have the meanings given to them in the Stipulation and Agreement of Settlement, dated June 10, 2024 (the "Stipulation"; ECF No. 65-2).

Jonathan D. Park, both filed concurrently herewith, all records and papers on file in this action, and any argument offered at a hearing on this motion.

A proposed Order granting the requested relief will be submitted with Co-Lead Counsel's reply papers to be filed on or before December 4, 2024, after the November 20, 2024 deadline for Settlement Class Members to object to the Settlement or request exclusion from the Settlement Class has passed.

Respectfully submitted this sixth day of November, 2024.

**POMERANTZ LLP**

_s/ Jonathan D. Park_

Jeremy A. Lieberman
(Admitted _Pro Hac Vice_)
Jonathan D. Park
(Admitted _Pro Hac Vice_)
600 Third Avenue, 20th Floor
New York, NY 10016
Telephone: (212) 661-1100
Facsimile: (212) 661-8665
jalieberman@pomlaw.com
jpark@pomlaw.com

_Counsel to Co-Lead Plaintiff William Jeffrey Igoe and Co-Lead Counsel for the Class_

**EVANGELISTA WORLEY, LLC**
James M. Evangelista
500 Sugar Mill Road, Suite 245A
Atlanta, GA 30350
Telephone: (404) 205-8400
jim@ewlawllc.com

3

*Counsel to Co-Lead Plaintiff William Jeffrey Igoe and Liaison Counsel for the Class*

**LOWEY DANNENBERG, P.C.**
Vincent Briganti
vbriganti@lowey.com
(Admitted *Pro Hac Vice*)
Andrea Farah
afarah@lowey.com
(Admitted *Pro Hac Vice*)
Alesandra Greco
agreco@lowey.com
(Admitted *Pro Hac Vice*)
44 South Broadway, Suite 1100
White Plains, New York 10601
Telephone: 914/997-0500

*Counsel to Co-Lead Plaintiffs Mike Shafer and David Keating and Co-Lead Counsel for the Class*

4

## <u>CERTIFICATE OF SERVICE</u>

I HEREBY CERTIFY that on November 6, 2024, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF system, and a copy of the foregoing pleading has been electronically mailed to all attorneys of record.

*/s/ Jonathan D. Park*
JONATHAN D. PARK
