# EXHIBIT 5

**EXHIBIT 5**

*Shafer v. Global Payments Inc.*, No. 1:23-cv-00577-LMM (N.D. Ga.)

**SUMMARY OF LODESTAR AND EXPENSES OF PLAINTIFFS' COUNSEL AND JOHNSON FISTEL**

**Inception through November 1, 2024**

| EXHIBIT NO. | FIRM | HOURS | LODESTAR | EXPENSES |
|---|---|---|---|---|
| 7 | Pomerantz LLP | 559.60 | $415,245.00 | $51,067.54 |
| 8 | Lowey, Dannenberg, P.C. | 334.90 | $250,374.50 | $1,554.62 |
| 9 | Evangelista Worley, LLC | 37.10 | $30,052.50 | n/a |
| 10 | Johnson Fistel, LLP | 51.50 | $36,086.00 | $852.00 |
| | **TOTAL:** | **983.10** | **$731,758.00** | **$53,474.16** |