# EXHIBIT 6

# EXHIBIT 6

*Shafer v. Global Payments Inc.*, No. 1:23-cv-00577-LMM (N.D. Ga.)

## SUMMARY OF ALL EXPENSES BY CATEGORY

## Inception through November 1, 2024

| CATEGORY | AMOUNT |
|---|---|
| Outside Investigator Fees | $28,701.50 |
| Expert Fees | $18,972.00 |
| Online Research | $2,195.65 |
| Process Server | $1,253.80 |
| Clerical Overtime | $907.57 |
| Filing Fees | $852.00 |
| Local Travel | $398.15 |
| Press Releases and Newswires | $100.00 |
| Photocopy Charges | $67.55 |
| Meals | $25.94 |
| **TOTAL EXPENSES:** | **$53,474.16** |