# EXHIBIT 8

**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA**

|  |  |
|---|---|
| MIKE SHAFER, DAVID KEATING, and WILLIAM JEFFREY IGOE, Individually and On Behalf of All Others Similarly Situated, | |
| Plaintiffs, | Case No. 1:23-CV-00577-LMM |
| v. | CLASS ACTION |
| GLOBAL PAYMENTS INC., ACTIVE NETWORK LLC, JEFF SLOAN, CAMERON BREADY, PAUL TODD, JOSH WHIPPLE, and ANDREA FACINI, | |
| Defendants. | |

**DECLARATION OF ANDREA FARAH IN SUPPORT OF CO-LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES ON BEHALF OF LOWEY DANNENBERG, P.C.**

I, Andrea Farah, pursuant to 28 U.S.C. § 1746, hereby declare:

1.      I am a member of the Bar of the State of New York. I am an attorney with the law firm Lowey Dannenberg, P.C. ("Lowey"), counsel to Co-Lead Plaintiffs Mike Shafer and David Keating, and one of the attorneys this Court appointed as Co-Lead Counsel for the proposed class in the above-captioned action (the

"Action").[1] I submit this declaration in support of Co-Lead Counsel's motion for an award of attorneys' fees in connection with services rendered in the Action, as well as for payment of Litigation Expenses incurred by my firm in connection with the Action. I have knowledge of the matters set forth herein based on personal knowledge, my review of the firm's records, and consultation with other firm personnel.

2.     My firm, as Co-Lead Counsel and counsel for Co-Lead Plaintiffs Mike Shafer and David Keating, was involved in all aspects of prosecution and resolution of the Action.

3.     The information in this declaration regarding the firm's time, including in the schedule attached hereto as Exhibit 1, was prepared from daily time records regularly prepared and maintained by my firm in the ordinary course of business. Time expended in preparing the application for fees and expenses has not been included in this report.

4.     I believe that the time reflected in the firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the litigation. The total number of hours expended on this Action by my firm's attorneys and professional support staff employees from its inception

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set out in the Stipulation and Agreement dated June 10, 2024 (ECF No. 65-2).

through November 1, 2024 was 334.9. The total resulting lodestar for my firm is $250,374.50. The schedule attached hereto as Exhibit 1 is a detailed summary reflecting the amount of time spent by each attorney and professional support staff employee of my firm who was involved in this Action, and the lodestar calculation based on my firm's current hourly rates.

5.     The hourly rates shown in Exhibit 1 are the current rates set by the firm for each individual. For personnel who are no longer employed by my firm, the lodestar calculation is based upon the hourly rates of such personnel in his or her final year of employment by my firm. The hourly rates are the same as, or comparable to, the rates submitted by my firm and accepted by courts for lodestar cross-checks in other securities class action litigation fee applications.

6.     My firm's lodestar figures are based upon the firm's hourly rates, which do not include expense items. Expense items are recorded separately, and these amounts are not duplicated in my firm's hourly rates.

7.     My firm incurred a total of $1,554.62 in reimbursed expenses in connection with the prosecution of this Action from its inception through November 1, 2024, which are detailed in Exhibit 2.

8.     The expenses in this Action are reflected in the books and records of Lowey, which are regularly prepared and maintained in the ordinary course of

business. These records are prepared from expense vouchers, check records, and other source materials and are an accurate record of expenses incurred.

I declare that under penalty of perjury that the foregoing is true and correct. Executed this 5th day of November, 2024, in White Plains, NY.

/s/ *Andrea Farah*
Andrea Farah

# EXHIBIT 1

*Shafer v. Global Payments Inc.*, No. 1:23-cv-00577-LMM (N.D. Ga.)

## LOWEY DANNENBERG, P.C.

## TIME REPORT

## Inception through November 1, 2024

| NAME | TITLE | HOURS | RATE | LODESTAR |
|---|---|---|---|---|
| Geoffrey Horn | Partner | 6.2 | $1,500 | $9,300 |
| Andrea Farah | Senior Associate | 122.9 | $1,045 | $128,430.50 |
| Alesandra Greco | Junior Associate | 149.3 | $605 | $90,326.50 |
| Paralegals | | 30.2 | $395 | $11,929.00 |
| Adam Lucchesi | Damages Analyst | 26.3 | $395 | $10,388.50 |
| **TOTAL:** | | **334.9** | | **$250,374.50** |

# EXHIBIT 2

*Shafer v. Global Payments Inc.*, No. 1:23-cv-00577-LMM (N.D. Ga.)

## LOWEY DANNENBERG, P.C.

## EXPENSE REPORT

## Inception through November 1, 2024

| CATEGORY | AMOUNT |
|---|---|
| Process Service | $1,008.80 |
| Legal Research Fees | $545.82 |
| **TOTAL EXPENSES:** | **$1,554.62** |