# EXHIBIT 9

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA

MIKE SHAFER, DAVID KEATING, and
WILLIAM JEFFREY IGOE, Individually
and On Behalf of All Others Similarly
Situated,

          Plaintiffs,

    v.

GLOBAL PAYMENTS INC., ACTIVE
NETWORK LLC, JEFF SLOAN,
CAMERON BREADY, PAUL TODD,
JOSH WHIPPLE, and ANDREA FACINI,

          Defendants.

Case No. 1:23-CV-00577-LMM

CLASS ACTION

## DECLARATION OF JAMES M. EVANGELISTA IN SUPPORT OF CO-LEAD COUNSEL'S MOTION FOR ATTORNEYS' FEES AND LITIGATION EXPENSES
## <u>ON BEHALF OF EVANGELISTA WORLEY, LLC</u>

I, James M. Evangelista, pursuant to 28 U.S.C. § 1746, hereby declare:

    1.      I am an attorney admitted to practice before the states of Georgia, New

York, New Jersey, Colorado and the District of Columbia.  I am a Member of the

firm Evangelista Worley, LLC (the "Firm"), counsel to Co-Lead Plaintiff William

Jeffrey Igoe, and one of the attorneys this Court appointed as Liaison Counsel for

the proposed class in the above-captioned action (the "Action").  I submit this declaration in support of Co-Lead Counsel's motion for an award of attorneys' fees in connection with services rendered in the Action by the Firm, as well as for payment of Litigation Expenses. I have knowledge of the matters set forth herein based on personal knowledge, my review of the firm's records, and consultation with other Firm personnel.

2.      The information in this declaration regarding the Firm's time, including in the schedule attached hereto as Exhibit 1, was prepared from daily time records regularly prepared and maintained by the Firm in the ordinary course of business. Time expended in preparing the application for fees and expenses has not been included in this report.

3.      I believe that the time reflected in the Firm's lodestar calculation is reasonable in amount and was necessary for the effective and efficient prosecution and resolution of the Action. The total number of hours expended on this Action by the Firm's attorneys and professional support staff employees from its inception through November 1, 2024, was 37.1 hours. The total resulting lodestar for the Firm is $30,052.50.

4.      The schedule set forth below is a summary reflecting the total amount of time spent by each attorney and professional support staff employee of the Firm involved in this Action, along with a lodestar calculation based on the Firm's current

2

hourly rates for each individual. For personnel who are no longer employed by my

firm, the lodestar calculation is based upon the hourly rates of such personnel in his

or her final year of employment by the Firm. The hourly rates are the same as the

rates submitted by the Firm and accepted by courts for lodestar cross-checks in other

securities and consumer class action litigation fee applications:

| Timekeeper | Title | Year of Admission | Rate | Billable Hours | Lodestar |
|---|---|---|---|---|---|
| James Evangelista | Partner/ Managing Member | 1991 | $975 | 28.1 | $27,397.50 |
| Barry Kaltman | Senior Paralegal | N/A | $295 | 9.0 | $2,655.00 |
| | | | **Total** | **37.1** | **$30,052.50** |

5.     The Firm did not advance any expenses in this Action.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of November, 2024, in Atlanta, GA.

/s/ James M. Evangelista
James M. Evangelista

3