**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| MIKE SHAFER, DAVID KEATING, and WILLIAM JEFFREY IGOE, on Behalf of Themselves and All Others Similarly Situated, <br><br> Plaintiffs, <br><br> v. <br><br> GLOBAL PAYMENTS INC., ACTIVE NETWORK LLC, JEFF SLOAN, CAMERON BREADY, PAUL TODD, JOSH WHIPPLE, and ANDREA FACINI, <br><br> Defendants. | Case No. 1:23-cv-00577-LMM <br><br> CLASS ACTION |

**SUPPLEMENTAL DECLARATION OF KATHLEEN BRAUNS**
**REGARDING MAILING OF THE POSTCARD NOTICE, OBJECTIONS**
**AND REQUESTS FOR EXCLUSION RECEIVED, AND CLAIMS**
**RECEIVED TO DATE**

I, KATHLEEN BRAUNS, hereby declare as follows:

1.     I am a Project Manager of A.B. Data, Ltd.'s Class Action Administration Company ("A.B. Data"), whose Corporate Office is located in Milwaukee, Wisconsin. Pursuant to its Order Preliminarily Approving Settlement and Providing Notice (ECF No. 67, the "Preliminary Approval Order"), the Court

approved the retention of A.B. Data as the Claims Administrator for the above-captioned action (the "Action").[1]

2.      I am over 21 years of age and am not a party to the Action.  The following statements are based on my personal knowledge and information provided by other A.B. Data employees working under my supervision, and if called on to do so, I could and would testify competently thereto.

3.      I submit this Declaration as a supplement to my earlier declaration, the Declaration of Kathleen Brauns Regarding Mailing of the Postcard Notice, Publication of the Summary Notice, Objections and Requests for Exclusion Received, and Claims Received to Date, filed on November 6, 2024 (ECF 70-1, the "Initial Mailing Declaration").

## CONTINUED MAILING OF THE POSTCARD NOTICE

4.      As stated in my Initial Mailing Declaration, as of November 6, 2024, A.B. Data had mailed a total of 256,194 copies of the Postcard Notice to potential Settlement Class Members.

5.      Since the Initial Mailing Declaration was executed, A.B. Data has disseminated an additional 8,631 Postcard Notices to potential Settlement Class Members and their nominees.  Therefore, as of the date of this Declaration, an

---

[1] Unless otherwise defined in this Declaration, all capitalized terms have the meanings set forth in the Stipulation and Agreement of Settlement, dated June 10, 2024 (ECF No. 65-2, the "Stipulation").

aggregate of 264,825 Postcard Notices have been mailed to potential Settlement Class Members and their nominees. In addition, A.B. Data has re-mailed a total of 102 Postcard Notices to persons whose original mailings were returned by the U.S. Postal Service ("USPS") and for whom updated addresses were provided to A.B. Data by the USPS.

## UPDATE ON SETTLEMENT WEBSITE

6. A.B. Data continues to maintain the website designated for the Action (www.GlobalPaymentsSecuritiesLitigation.com). The website includes information regarding the Action and the proposed Settlement, including the exclusion, objection, and claim filing deadlines, and the date, time, and location of the Court's Settlement Hearing. In addition, the website includes the ability to file a claim online and a link to a document with detailed instructions for Settlement Class Members submitting their Claims electronically. Further, the website has contact information for A.B. Data and Lead Counsel, including a toll-free telephone number that Settlement Class Members can use to obtain additional information.

7. At the request of Lead Counsel, shortly after their filing with the Court on November 6, 2024, A.B. Data posted downloadable copies of the following documents on the Settlement Website: Co-Lead Plaintiffs' Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Final Certification of Settlement Class, and supporting papers (ECF No. 68 and 68-1); the Declaration

of Jonathan D. Park, with exhibits, submitted in support thereof (ECF Nos. 70, 70-1, 70-2, 70-3, 70-4, 70-5, 70-6, 70-7, 70-8, 70-9, 70-10, 70-11, and 70-12); and Co-Lead Counsel's Motion for Attorneys' Fees and Litigation Expenses, and supporting papers (ECF No. 69 and 69-1).

8. The Settlement Website will continue to be updated with relevant case information and Court Documents.

## UPDATE ON TOLL-FREE TELEPHONE LINE

9. A.B. Data continues to maintain the case-specific, toll-free telephone helpline, 1-877-411-4706, with an interactive voice response system and live operators, to (a) accommodate potential Settlement Class Members with questions about the Action; and/or (b) enable potential Settlement Class Members to request a Long-Form Notice[2] and Claim Form. Callers requiring further help have had the option to be transferred to a live operator during business hours. A.B. Data has promptly responded to each telephone inquiry and will continue to respond to potential Settlement Class Members' inquiries. A.B. Data will continue operating and maintaining the toll-free telephone helpline until the conclusion of this administration.

---

[2] "Long-Form Notice" means the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for Attorneys' Fees and Litigation Expenses.

## UPDATE ON OBJECTIONS AND REQUESTS FOR EXCLUSION

10.    The Postcard Notice and Long-Form Notice informed potential Settlement Class Members that requests for exclusion from the Settlement Class are to be mailed to the Claims Administrator postmarked no later than November 20, 2024.  The Long-Form Notice also set forth the information that was required to be included in each request for exclusion.

11.    A.B. Data has received a total of six (6) exclusion requests totaling 2,284 shares.  Attached hereto as Exhibit A are the exclusion requests received, which have been redacted to remove personal information.

12.    According to the Postcard Notice and Long-Form Notice, Settlement Class Members wishing to object to the proposed Settlement, the proposed Plan of Allocation, or Co-Lead Counsel's motion for attorneys' fees and Litigation Expenses are required to submit their objection in writing such that the request is received by the Parties and filed with the Court no later than November 20, 2024. Despite these instructions, Settlement Class Members sometimes send objections to the Claims Administrator instead.  As of the date of this Declaration, A.B. Data has not received any objections, and is not aware of any objections being filed with the Court.

## CLAIMS RECEIVED TO DATE

13.    According to the Postcard Notice and Long-Form Notice, Settlement

Class Members wishing to submit a claim to receive payment from the Settlement Fund must submit a Claim Form postmarked no later than January 11, 2025. The Settlement Website also permits Settlement Class Members to file claims online. As of the date of this Declaration, A.B. Data has received a total of 2,146 Claims. During the claims administration process, A.B. Data will review and process all Claims received and will provide Claimants with an opportunity to cure any deficiency or request judicial review of the denial of their Claims. After all Claims have been fully processed, quality assurance reviews performed, and final administrative determinations have been made, A.B. Data will present its administrative report on the Claims received for the Settlement to the Court, along with a proposed plan for distribution, and will ultimately mail or wire Authorized Claimants their *pro rata* share of the Net Settlement Fund, as calculated under the Plan of Allocation.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on December 04, 2024.

Kathleen Brauns

# EXHIBIT A

*Shafer, et al. v. Global Payments Inc., et al.*

Civil Action No. 1:23-cv-00577-LMM

**Exclusion Report**

| Exclusion Number | Name | Received | Number of Shares |
|---|---|---|---|
| 1 | Beniamino Giusti | 10/17/2024 | N/A |
| 2 | Christian-Daniel Wilm | 10/21/2024 | 150 |
| 3 | Malta Pension Investments (Markus Pawlik, Managing Director) | 10/23/2024 | 2,028 |
| 4 | Edwards Family Trust U/A DTD 01/01/1999 (Seola A Edwards, Trustee) | 11/06/2024 | 86 |
| 5 | Fu Sheng Wu | 11/20/2024 | 20 |
| 6 | Sandra P Kowalski | 11/26/2024 | N/A |

# Exclusion 1
## Received: October 17, 2024

October 11, 2024

Notice I.d :  663732912

Name: Beniamino Giusti

████████████████████

Re: global payments litigation

I wish to be **excluded** from this case.
For more information you can contact me at ████████████

Thank you and best regards
Beniamino Giusti

warrants that this item does not contain non-mailable matter.
L'expéditeur garantit que cet envoi ne contient pas d'objet inadmissible.

RPOS/POVD V2303.0.261
Shipping Label

SPEC 3697 V3
Étiquette d'expédition

GLOBAL PAYMENTS SECURITIES LITIGATION
CLAIMS ADMINISTRATOR.
C/O A.B. DATA LTD,
P.O. BOX 173002.
MILWAUKEE, WI
53217

2024-10-7,

CANADA POST / POSTES CANADA    EMS    1

Xpresspost ™/MC – USA É.-U.

Postage paid / Port payé
00101407

From:/De :



| Quantity Quantité | Description of Contents Description du contenu | HS Tariff Code Code tarif SH | Country of Origin Pays d'origine | Net Weight (kg) Poids net (kg) | Total Value Valeur totale |
|---|---|---|---|---|---|
| | | | CA | 0.010 | 100.00 |
| 1 | PAPER | | | | |
| | | | | | |
| | | | | | |
| TOTAL | | | Currency & Value Devise et valeur | | CAD 100.00 |

Je, soussigné, l'exportateur des marchandises, atteste que l'information fournie sur la présente déclaration relative à la facture est véridique et correcte et que le colis ne contient pas de marchandises dangereuses ou prohibées, conformément aux conditions générales de

Date
2024 10 11
Gross Weight | Poids brut
0.010 kg
Insured Value | Valeure insurée
$100.00 CAD
Postage Rate | Tarif d'affran.

$34.10 CAD
Transaction No. | N° de transaction
0103957188
Non – Delivery Instructions
Instructions de non – livraison
return at sender's expense
renvoyer aux frais de l'expéditeur

To:/A :

GLOBAL PAYMENTS
PO BOX 173002
MILWAUKEE WI 53217
UNITED STATES

See Commercial Invoice CN23 Attached     Voir la facture commerciale ou le CN23 adjoint

# Exclusion 2
## Received: October 21, 2024

**DR. CHRISTIAN-DANIEL WILM**



Global Payments Inc. Securities Litigation
ATTN: EXCLUSIONS
c/o A.B. Data, Ltd.
P.O. BOX 173001
Milwaukee, WI 53217
USA

Düsseldorf, den 19 October 2024

***Global Payments Inc. Securities Litigation***
***Exclusion from Settlement Class***

Ladies and Gentlemen,

I am shareholder of Global Payments Inc. I have acquired 150 shares of Global Payments Inc. at 21 February 2021, and still hold them. A copy of the acquisition statement is attached. For all these shares, I hereby request exclusion from the Settlement Class in *Shafer. et al. v. Global Payments Inc., et al.*, Civil Action No. 1:23-cv-00577-LMM.

My complete address and telephone number is as shown above in the letterhead.

Kind regards

(Christian-Daniel Wilm)



**COMMERZBANK**

WEALTH MANAGEMENT DUESSELDORF

40300 DUESSELDORF
Telefon  :    0211 827-1000

Postfach 1464, 39004 Magdeburg

Ihren Auftrag haben wir gemäß unseren Sonderbedingungen für Wertpapiergeschäfte wie nachstehend ausgeführt. Die Wertpapiere haben wir der Abrechnung entsprechend gebucht. Wir bitten Sie, diese Abrechnung auf ihre Richtigkeit und Vollständigkeit zu überprüfen und etwaige Einwendungen unverzüglich zu erheben.



Dr. Christian-Daniel Wilm

**GESCHÄFTSABRECHNUNG VOM 17.02.2021**
für Ihr KlassikDepot

Wertpapierkauf
Geschäftsnummer     : 72 012246 bis 72 012247
                      000202061914        Rechnungsnummer   : 540686653563DE22
Geschäftstag        : 16.02.2021          Ausführungsplatz  : NEW YORK -NYSE- LISTED

Wertpapier-Bezeichnung
Global Payments Inc.
Registered Shares o.N.

Ihre Order wurde wie folgt ausgeführt:

| Handelszeit | Nennwert | | Zum Kurs von | | Kurswert |
|---|---|---|---|---|---|
| 15:30 | St.  100 | | USD  198,00 | USD | 19.800,00 |
| 15:30 | St.   50 | | USD  198,00 | USD | 9.900,00 |
| Summe (ggf. gerundet) | St.  150 | | USD  198,00 | USD | 29.700,00 |

|  |  |  |  |
|---|---|---|---|
| Ausmachender Betrag | | USD | 29.703,00 |
| Umrechn. zum Dev. kurs 1,203200 vom 17.02.2021 : | EUR | | 24.686,68 |

Eigene Entgelte
        1,00000% Gesamtprovision              : EUR       246,84
                 Sockelbetrag                 : EUR         4,90
                 Summe Entgelte               : EUR       251,74

Fremde Kosten

                 Fremde Spesen                : USD         3,00

| IBAN | | Valuta | Zu Ihren Lasten vor Steuern |
|---|---|---|---|
| DE98 3008 0000 0252 2160 00   EUR | | 18.02.2021 | EUR   24.938,42 |

Verwahrungs-Art: WERTPAPIERRECHNUNG USA/KANADA
Teilausführung Ihrer Order
Diesem Wertpapiergeschäft ging keine individuelle Anlageempfehlung der Bank voraus.

Informationen zur steuerlichen Behandlung dieses Geschäftsvorgangs und den auf Ihrem Konto gebuchten Endbetrag finden Sie auf der separaten Steuermitteilung.

**C O M M E R Z B A N K**
Aktiengesellschaft

Diese Abrechnung wird von der Bank nicht unterschrieben
Die Leistung ist gemäß §4 Nr.8 UStG umsatzsteuerfrei. USt-Id-Nr.: DE 114 103 514



**COMMERZBANK**

| Kundennr. /BLZ | Bezeichnung |
|---|---|
| 25 2216 0 | Dr. Christian-Daniel Rich  Wilm |
| 300 800 00 | ███████████ |
| abweichend wirtschaftlich Berechtigter | |
| ---- | |

Postfach 1464, 39004 Magdeburg

Herrn
Dr. Christian-Daniel Wilm
████████





0009713
00002
00003
0000

**Steuerliche Behandlung: Wertpapierkauf Nr. 72012246 vom 16.02.2021**
**Stk.        150 GLOBAL PAYMENTS INC. , WKN / ISIN: 603111  / US37940X1028**

| | | |
|---|---|---|
| **Zu Ihren Lasten vor Steuern:** | EUR | -24.938,42 |
| | | |
| **Steuerbemessungsgrundlage** | EUR | 0,00 |
| | | |
| Kapitalertragsteuer | EUR | 0,00 |
| Solidaritätszuschlag | EUR | 0,00 |
| Kirchensteuer | EUR | 0,00 |
| **abgeführte Steuern** | EUR | 0,00 |
| | | |
| **Zu Ihren Lasten nach Steuern:** | EUR | -24.938,42 |

**Die Belastung erfolgt mit Valuta 18.02.2021 auf Konto EUR mit der IBAN DE98 3008 0000 0252 2160 00**

KEINE STEUERBESCHEINIGUNG

...

# Exclusion 3
Received: October 23, 2024

# Malta Pension Investments

Date 2ⁿᵈ October, 2024

Malta Pension Investments

█████████████████

Global Payments Inc. Securities Litigation,
ATTN: EXCLUSIONS,
c/o A.B. Data, Ltd., P.O. BOX 173001,
Milwaukee, WI 53217
USA

**Requests exclusion from the Settlement Class in *Shafer, et al. v. Global Payments Inc., et al.*, Civil Action No. 1:23-cv-00577-LMM**

Name:  MALTA PENSION INVESTMENTS

Address: ████████████████

Contact:  Markus Pawlik, Managing Director

Email: ████████████████

Telephone: ████████████

Trading history and proof of ownership being in the attached custodian certificate.



Markus Pawlik

Managing Director

Daniel Caruana

Authorised Signatory

For corporate details please turn over.



**STATE STREET.**

State Street Bank International GmbH
Zweigniederlassung Luxemburg

49, avenue J.F. Kennedy
L-1855 Luxembourg

T +352 464 010 1
R.C.S. Luxembourg B 148186

www.statestreet.com

Luxembourg, October 2nd, 2024

**Re: Statement of Position of Global Payments, Inc. (2023).**

**For the Claimant:** Malta Pension Investments

To Whom It May Concern,

We, State Street Bank International GmbH, Luxembourg branch, act or acted as the custodian bank for the securities listed in the attached Exhibit. We hereby certify that the transactions and holdings for the securities shown in the attached Exhibit are accurate for the dates indicated therein.

The Claimant is/was the legal and beneficial owner of the securities listed in the attached Exhibit and holds all rights and obligations relating to these securities.

State Street Bank International GmbH, Luxembourg Branch

Name:   Rolland Mathieu AVP

Title:

State Street Bank International GmbH
Aufsichtsratsvorsitzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz München, Brienner Str. 59, D-80333 München, Registergericht München HRB 42872

Phone + 356 2031 2910

VAT number MT 19998221

Corporate Headquarters
Lufthansa Malta Pension Holding Ltd., Malta

Company registration number LPA 13

Executive Management
Markus Pawlik
Daniel Caruana

| FUND | FUND NAME | ISIN | CUSIP | CUSIP DESCRIPTION | CONT SETL DATE | ACT SETL DATE | ST LLOC | TRAN TYPE | SHARES | LOCAL NET AMOUNT | LOCAL COMMISSION | LOCAL NET AMOUNT LESS LOC COMMISSION | AS OF SHARE / PAR POSITION | BEG LIT DATE | END LIT DATE | BROKER NAME | BROKER NUMBER | UNIT PRICE | LOCAL FEES | TAXES | TRD CURR |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ML87 | Malta Pension Investments | US37940X1028 | 37940X102 | GLOBAL PAYMENTS INC COMMON STOCK | Wed, 04-Nov-20 | Wed, 04-Nov-20 | DTC | BUY | 869.000 | 139,911.07 | 41.96 | 139,869.11 | 869.000 | 31-Oct-19 | 18-Oct-22 | BOFA SECURITIES, INC. | 00161 | 160.95 | 0.00 | 0.00 | USD |
| ML87 | Malta Pension Investments | US37940X1028 | 37940X102 | GLOBAL PAYMENTS INC COMMON STOCK | Thu, 05-Nov-20 | Thu, 05-Nov-20 | DTC | BUY | 268.000 | 43,455.83 | 13.03 | 43,442.80 | 1,137.000 | 31-Oct-19 | 18-Oct-22 | CITIGROUP GLOBAL MARKETS INC | 69276 | 162.10 | 0.00 | 0.00 | USD |
| ML87 | Malta Pension Investments | US37940X1028 | 37940X102 | GLOBAL PAYMENTS INC COMMON STOCK | Fri, 13-Nov-20 | Fri, 13-Nov-20 | DTC | BUY | 123.000 | 23,741.82 | 7.12 | 23,734.70 | 1,260.000 | 31-Oct-19 | 18-Oct-22 | CITIGROUP GLOBAL MARKETS INC | 69276 | 192.97 | 0.00 | 0.00 | USD |
| ML87 | Malta Pension Investments | US37940X1028 | 37940X102 | GLOBAL PAYMENTS INC COMMON STOCK | Fri, 20-Nov-20 | Fri, 20-Nov-20 | DTC | BUY | 402.000 | 76,167.83 | 22.84 | 76,144.99 | 1,662.000 | 31-Oct-19 | 18-Oct-22 | BOFA SECURITIES, INC. | 00161 | 189.42 | 0.00 | 0.00 | USD |
| ML87 | Malta Pension Investments | US37940X1028 | 37940X102 | GLOBAL PAYMENTS INC COMMON STOCK | Wed, 25-Nov-20 | Wed, 25-Nov-20 | DTC | BUY | 274.000 | 52,664.89 | 15.79 | 52,649.10 | 1,936.000 | 31-Oct-19 | 18-Oct-22 | CITIGROUP GLOBAL MARKETS INC | 69276 | 192.15 | 0.00 | 0.00 | USD |
| ML87 | Malta Pension Investments | US37940X1028 | 37940X102 | GLOBAL PAYMENTS INC COMMON STOCK | Fri, 27-Nov-20 | Fri, 27-Nov-20 | DTC | BUY | 92.000 | 17,837.71 | 5.35 | 17,832.36 | 2,028.000 | 31-Oct-19 | 18-Oct-22 | CITIGROUP GLOBAL MARKETS INC | 69276 | 193.83 | 0.00 | 0.00 | USD |

State Street Bank International GmbH
Aufsichtsratsvorsitzender: Jörg Ambrosius
Geschäftsführer: Stefan Gmür, Fabienne Baker, Denis Dollaku, James Fagan,
Andreas Niklaus, Kris Wulteputte
Sitz München, Brienner Str. 59, D-80333 München, Registergericht München HRB 42872



MALTA PENSION INVESTMENTS

## Customs Declaration — CN23

**From**

| | | May be opened officially |
|---|---|---|

Importer's reference (if any) (tax code/VAT no./importer code)

Importer's telephone/fax/e-mail(if known)

| Detailed description of contents | Quantity | Net weight (g) | Value EUR | For commercial items only | |
|---|---|---|---|---|---|
| | | | | HS Tariff Number | Country of origin of goods |
| Other printed matters | 1 | 0 | 0.00 | 491199 | MALTA |
| Total: | 1 | 0.1 (kg) | 0.00 | | |

**Category of Item**
☐ Sale of Goods  ☐ Returned Goods  ☐ Gift  ☐ Commercial Sample  ☒ Documents  ☐ Other

Explanation:

Comments:

Attached documents
☐ License  ☐ Certificate  ☐ Invoice

Office of origin/Date of posting:
MT
08-Oct-2024

I certify that the particulars given in the customs declaration are correct and that this item does not contain any dangerous article or articles prohibited by legislation or by postal or customs regulations.

**Date and sender's signature**

0.1 (kg)

**To**
global payments inc securities litigation attnn: exclusions c/o ab data lts po box 173001
milwaukee
wi53217
USA

RR439965545MT

08 OCT 2024



MaltaPost p.l.c.    08-Oct-2024
Stamps Affixed
€    0.00    Foreign Post - Letters Registered
**Total Postage Value**
€    **10.19**
USA
Destination:
WEIGHT  0.053 Kg
FOREIGN  ZONE  B  (1)
St Julians
ACH464
STJ001567342T
STJ0821466B
12:20.25

RR439965545MT

08 OCT 2024  SAN GILJAN

**RR** Registered Item
RR439965545MT





RR439965545MT
Customer's Signature and ID.

Global Payments Inc. Securities Litigation,
ATTN: EXCLUSIONS,
c/o A.B. Data, Ltd., P.O. Box 173001
Milwaukee, WI 53217

USA

Sender :

**Lufthansa Malta Finance Ltd** · Triton Court, Wilga Street, St Julians STJ 06, Malta.

# Exclusion 4
## Received: November 6, 2024

Seola A Edwards, Trustee for
Edwards Family Trust U/A DTD 01/01/1999



October 25, 2024


Global Payments Inc, Securities Litigation
ATTN: EXCLUSIONS, c/o A.B. Data, Ltd
PO BOX 173001
Milwaukee, WI 53217


To Those Managing the Referenced Exclusions From the Class:

Per your instructions, I, Seola A Edwards as Trustee for the Edwards Family Trust U/A DTD 01/01/1999 (Trust) am writing to you requesting that said Trust be excluded from the Settlement Class in Shafer, et al. v. Global Payments Inc., et al., Civil Action No. 1:23-cv-00577-LMM. The Trust owned zero shares of Global Payments Inc (GPN) as of 10/31/2019. The Trust made seven separate purchases of GPN shares between 10/31/2019 and 10/18/2022 (the Class Period). Those seven lots are detailed in the table below. The Trust did not sell any shares during the Class Period.

| Transaction Date | Purchase or Sell | Number of GPN Shares | @ Share Price, $/sh |
|---|---|---|---|
| 11/02/2021 | Purchase | 34 | 132.35 |
| 12/30/2021 | Purchase | .063 | 134.92 |
| 03/25/2022 | Purchase | .063 | 135.24 |
| 05/02/2022 | Purchase | 25 | 118.85 |
| 06/13/2022 | Purchase | 27 | 111.29 |
| 06/24/2022 | Purchase | .128 | 115.47 |
| 09/30/2022 | Purchase | .197 | 109.44 |


Thank you for your help in this matter.

Sincerely,

Seola A Edwards, Trustee for

Edwards Family Trust U/A DTD 01/01/1999

All other registered marks belong to their respective owners.


Email Settings | Terms and Conditions | Privacy Statement

---

**WHAT IF I DO NOT WANT TO BE A PART OF THE SETTLEMENT?**
**HOW DO I EXCLUDE MYSELF?**

73.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *Global Payments Inc. Securities Litigation*, ATTN: EXCLUSIONS, c/o A.B. Data, Ltd., P.O. BOX 173001, Milwaukee, WI 53217. The exclusion request must be *received* no later than November 20, 2024. You will not be able to exclude yourself from the Settlement Class after that date. Each Request for Exclusion must (a) state the name, address, and telephone number of the person or entity requesting exclusion, and in the case of entities the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *Shafer, et al. v. Global Payments Inc., et al.*, Civil Action No. 1:23-cv-00577-LMM"; (c) state the number of Global Payments common stock that the person or entity requesting exclusion (i) owned as of the opening of trading on October 31, 2019 and (ii) purchased/acquired and/or sold during the Class Period (*i.e.*, from October 31, 2019 through October 18, 2022, inclusive), as well as the dates and prices of each such purchase/acquisition and sale; and (d) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court. Co-Lead Counsel may request that the person or entity requesting exclusion submit documentation sufficient to prove his, her, or its holdings and trading in Global Payments common stock as called for above.

74.    If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendants' Releasees.

75.    If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

76.    Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Plaintiffs and Defendants.

---

**WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT?**
**DO I HAVE TO COME TO THE HEARING?**
**MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

77.    Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing.

78.    The Settlement Hearing will be held on December 11, 2024, at 10:00 a.m., before the Honorable Leigh Martin May at the United States District Court for the Northern District of Georgia, Courtroom 2167 of the Richard B. Russell Federal Building and United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303-3309. The Court reserves the right to approve the Settlement, the Plan of Allocation, Co-Lead Counsel's motion for attorneys' fees and Litigation Expenses, and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

79.    Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation, or Co-Lead Counsel's motion for attorneys' fees and Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Court either by mailing them to the Clerk of the Court, United States District Court, Northern District of Georgia, Richard B. Russell Federal Building, 2211 United States Courthouse, 75 Ted Turner Drive SW, Atlanta, GA 30303 or by filing them in person at any location of the United States District Court for the Northern District of Georgia. All papers must be *received* by the Court or filed on or before November 20, 2024. You must also serve the papers on Co-Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* on or before November 20, 2024.



GlobalPaymentI
ncExcl...s.docx



Mrs. Seola A. Edwards

CERTIFIED MAIL®

UNITED STATES POSTAL SERVICE®

OCT 26, 2024

53217

$5.58

RDC 99

S2324D500187-55

Global Payments Inc. Securities Litigation
ATTN: EXCLUSIONS, C/o A. B. Data, Ltd.
PO Box 173001
Milwaukee, WI 53217

53217-801201

# Exclusion 5

Received: November 20, 2024

November 14, 2024
Global Payments Securities Litigation
Claims Administrator
Exclusions c/o A.B. Data, Ltd.
P. O. Box 173002
Milwaukee, WI 53217

### EXCLUDE MYSELF FROM THE CLASS IN GLOBAL PAYMENTS LITIGATION

I want to be excluded from the class in Shafer, et al v. Global Payments Inc. et, al Civil Action

No. 1:23-cv—00577-LMM

On November 17, 2021, I paid $2,500 for purchased 20 shares common stock Global Payments Inc.

Fu Sheng Wu



Page 1 of 2

# E✳TRADE
# FINANCIAL®
Trading · Investing · Banking

**E✳TRADE** Securities

Investment Account

## TRADE CONFIRMATION

**Account Number:** ████████████

E✳TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484
1-800-ETRADE-1 (1-800-387-2331)
etrade.com

**Duplicate Statement For The Account Of:**
FU SHENG WU
R/O IRA E*TRADE CUSTODIAN

**Customer Update**
Want to get important documents faster? Get your statements, confirms, and tax forms online with paperless delivery. Enroll at etrade.com/paperless.

| TRADE DATE | SETL DATE | MKT / CPT | SYMBOL / CUSIP | BUY / SELL | QUANTITY | PRICE | ACCT TYPE | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/17/21 | 11/19/21 | 61 | GPN | BUY | 20 | $125.00 | Cash | PRINCIPAL | $2,500.00 |
| GLOBAL PAYMENTS INC | | | | | | | | NET AMOUNT | $2,500.00 |

△ DETACH HERE

FU SHENG WU

████████████

**Use This Deposit Slip** ████████████

DETACH HERE △

To contribute to your IRA, please use our online Transfer Money service at www.etrade.com/transfermoney or this deposit slip.

Check Amount $ _____
Year of Contribution:
_____ 2021
_____ Rollover

Make checks payable to E*TRADE Securities LLC.
Mail deposits to:

ılı¹lıⁱ·lⁱlⁱₙₙₑⁱₑⁱₙₙⁱₗⁱ¹¹ⁱlⁱₗₑⁱ·ₗⁱ¹lⁱ¹·ⁱlⁱₗⁱ·lⁱlⁱ

E*TRADE Securities LLC
PO Box 484
Jersey City, NJ 07303-0484

111720210001 333562987474

Fu Sheng Wu

BOSTON MA  020

15 NOV 2024  PM 6  L

Global Payments Securities Litigation
Claims Administrator
Exclusions c/o A. B. Data, Ltd.
P. O. Box 173002
Milwaukee, WI 53217

53217-801302

# Exclusion 6
## Received: November 26, 2024

SP Kowalski

Shafer,et al. v. Global Payments Inc.,et al
c/o A.B. Data, Ltd.
PO box 173002
Milwaukee, WI 53217

Ref: Case no. 1:23-cv-00577-LMM

Dear Sirs:

   After several days of trying to find a form on your web site to **Exclude** myself from your ligation case No. 1:23-cv-00577-LMM , I am sending you this letter to give you notice  that I **do not** want to be part of the ligation.

The Accounts that I have that would be involved in your litigation are my Roth IRA and my Regular IRA.  Both are with Charles Schwab.

Roth  IRA Account

Regular IRA Account

They are both in my name:  Sandra P. Kowalski

As of Sept. 23, 2023 they were still Synovus Finl Co  but under dividends etc. for 9-29-2023 Global is the Co, that provided the dividend.

If you have any questions regarding this you can call me at                 and leave a message for me to return your call.

Regards,

*Sandra A Kowalski*

Sandra P Kowalski

Sandra Kowalski

920

18 NOV 2024  PM 1  L

USA FOREVER

SHAFER, et al. V. GLOBAL PAYMENTS
c/o A. B. DatA, LTD.
P. O. Box 173002
MILWAWKEE, WI.
53217

53217-801302