# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

### 1:23-cv-00577-LMM
### Shafer v. Active Network LLC et al
### Honorable Leigh Martin May

Minute Sheet for proceedings held In Open Court on 12/11/2024.

TIME COURT COMMENCED: 9:57 A.M.
TIME COURT CONCLUDED: 10:44 A.M.
TIME IN COURT: 00:47
OFFICE LOCATION: Atlanta

COURT REPORTER: Montrell Vann
CSO/DUSM: 1 CSO
DEPUTY CLERK: Brittany Poley

ATTORNEY(S) PRESENT:
James Evangelista representing David Keating
James Evangelista representing Mike Shafer
James Evangelista representing William Jeffrey Igoe
Alesandra Greco representing David Keating
Alesandra Greco representing Mike Shafer
Benjamin Lee representing Active Network, LLC
Benjamin Lee representing Global Payments, Inc.
Benjamin Lee representing Cameron Bready
Benjamin Lee representing Jeff Sloan
Benjamin Lee representing Josh Whipple
Benjamin Lee representing Paul Todd
Jonathan Park representing David Keating
Jonathan Park representing Mike Shafer
Jonathan Park representing William Jeffrey Igoe

PROCEEDING CATEGORY:
Motion Hearing (Motion Hearing Non-evidentiary)

MOTIONS RULED ON:
[68] Motion for Settlement TAKEN UNDER ADVISEMENT
[69] Motion for Attorney Fees TAKEN UNDER ADVISEMENT

MINUTE TEXT:
The Court heard from counsel as to Co-Lead Plaintiffs' unopposed Motion for Final Approval of Class Action Settlement and Plan of Allocation, and Final Certification of Settlement Class [68] and Co-Lead Counsel's Motion for Attorneys' Fees and Expenses [69]. The Court ordered Plaintiffs' counsel to file a supplemental filing regarding the claims rate issue.

HEARING STATUS:    Hearing Concluded